**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:20-cv-21707-UU**

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,
vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA;
GREAT AMERICAN INSURANCE COMPANY;
and BEAZLEY INSURANCE COMPANY, INC.,

    Defendants.
_____/

**NOTICE OF FILING WAIVER OF SERVICE OF PROCESS BY**
**BEAZLEY INSURANCE COMPANY, INC., AND REQUEST**
**THAT COURT ACCEPT WAIVER OF SERVICE**

Plaintiff, Raymond James Financial, Inc., by and through undersigned counsel and pursuant to this Court's Order [D.E. 14], hereby gives notice of filing the Waiver of Service of Process by Beazley Insurance Company, Inc. ("Beazley"), a copy of which is attached as Exhibit A. Plaintiff respectfully requests that this Honorable Court accept the Waiver of Service by Beazley.

Dated: June 1, 2020

                                          Respectfully submitted,

                                          */s/ Joshua R. Alhalel, Esq.*
                                          Jason S. Mazer, Esq.
                                          Florida Bar No. 0149871
                                          Joshua R. Alhalel, Esq.
                                          Florida Bar No. 0016320
                                          **CIMO MAZER MARK PLLC**
                                          100 Southeast Second Street, Suite 3650
                                          Miami, Florida 33131
                                          Telephone: (305) 374-6481
                                          Fax: (305) 374-6488

jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed this Response with the Clerk of Court using Cm/ECF. I also certify that the foregoing document is being served this day on parties listed on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner.

*/s/ Jason S. Mazer*

## SERVICE LIST

| | |
|---|---|
| Jason S. Mazer, Esq.<br>Florida Bar No. 0149871<br>Joshua R. Alhalel, Esq.<br>Florida Bar No. 0016320<br>**CIMO MAZER MARK PLLC**<br>100 Southeast Second Street, Suite 3650<br>Miami, Florida 33131<br>Telephone: (305) 374-6481<br>Fax: (305) 374-6488<br>jmazer@cmmlawgroup.com<br>jalhalel@cmmlawgroup.com<br><br>*Counsel for Plaintiff* | E.A. "Seth" Mills, Jr., Esq.<br>Florida Bar No. 339652<br>Ryan J. Weeks, Esq.<br>Florida Bar No. 5 7 8 9 7<br>**MILLS PASKERT DIVERS**<br>100 N. Tampa Street, Suite 3700<br>Telephone: (813) 229-3500<br>Facsimile: (813) 229-3502<br>smills@mpdlegal.com<br>rweeks@mpdlegal.com<br>csoltis@mpdlegal.com<br><br>*Counsel for Travelers Casualty and Surety Company of America* |
| James M. Kaplan, Esq.<br>Florida Bar No. 921040<br>**KAPLAN ZEENA LLP**<br>2 South Biscayne Boulevard, Suite 3050<br>Miami, Florida 33131<br>Telephone: (305) 530-0800<br>Facsimile: (305) 530-0801<br>James.kaplan@kaplanzeena.com<br>Elizabeth.salom@kaplanzeena.com<br>service@kaplanzeena.com<br>and<br>Michael Keeley, Esq.<br>*Admitted Pro Hac Vice*<br>John R. Riddle, Esq.<br>*Admitted Pro Hac Vice*<br>C. Adam Brinkley<br>*Admitted Pro Hac Vice*<br>**Clark Hill Strasburger**<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202-3794<br>Telelphone: (214) 651-4718<br>Facsimile: (214) 659-4121<br>mkeeley@clarkhill.com<br>jriddle@clarkhill.com<br>abrinkley@clarkhill.com<br><br>*Counsel for Beazley Insurance Company, Inc.* | Kristina L. Marsh, Esq.<br>Florida Bar No. 0311080<br>**GORDON REES SCULLY MANSUKHANI**<br>601 S. Harbor Island Blvd., Suite 109<br>Tampa, FL 33602<br>Telephone (Main): 813-444-9700<br>Telephone (Direct) 813-523-4937<br>Facsimile: 813-377-3505<br>kmarsh@grsm.com<br>and<br>Scott L. Schmookler, Esq.<br>*Admitted Pro Hac Vice*<br>Sarah Riedl Clark, Esq.<br>*Admitted Pro Hac Vice*<br>**GORDON REES SCULLY MANSUKHANI**<br>One North Franklin, Suite 800<br>Chicago, IL 60606<br>Telephone: 312-980-6779<br>sschmookler@grsm.com<br>srclark@grsm.com<br><br>*Counsel for Federal Insurance Company* |

| | |
|---|---|
| Dustin C. Blumenthal<br>Florida Bar No. 0149871<br>**Goldberg Segalla**<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL  33401<br>Telephone: (561)  618-4485<br>Facsimile:  (561)  618-4549<br>dblumenthal@goldbergsegalla.com<br>lparker@goldbergsegalla.com<br><br>and<br><br>Stephen N. Dratch, Esq.<br>*Admitted Pro Hac Vice*<br>**Franzblau Dratch, P.C.**<br>354 Eisenhower Parkway<br>Livingston, New Jersey  07039<br>Telephone:  (973) 992-3700<br><br>*Counsel for Great American Insurance Company* | |

4