**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 20-21707-CV-UNGARO**

RAYMOND JAMES FINANCIAL, INC.,

      Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

      Defendants.

## JOINT MOTION TO MODIFY PRETRIAL DEADLINES AND TRIAL DATE

The Parties jointly move this Honorable Court for a ninety-day extension of the deadlines outlined in the Court's August 5, 2020 Scheduling Order (Doc. 53) and the Joint Schedule for Expert Discovery (Doc. 60), pursuant to Rules 6, 16, and 26 of the Federal Rules of Civil Procedure and Rules 7.1 and 7.6 of the Local Rules of the United States District Court for the Southern District of Florida. In support of their joint motion, the Parties state:

### INTRODUCTION

1. By this Motion, the parties jointly request the current pretrial, expert, and trial deadlines as to discovery be extended by ninety (90) days.

2. On August 5, 2020, the Court entered the Scheduling Order for Pretrial Conference and Trial ("Scheduling Order"). (Doc. 53). The Scheduling Order contained the following deadlines:

- April 9, 2021: All discovery must be completed

- April 30, 2021: All motions including summary judgment motions, motions related to summary judgment motions and *Daubert* motions, and motions related to trial evidence must be filed
- May 7, 2021: Joint Pretrial Stipulation, Jury Instructions or Proposed Findings of Fact and Conclusions of Law must be filed
- June 11, 2021: Pretrial Conference
- June 30, 2021: Trial Calendar Call
- July 6, 2021: Trial

3. Additionally, the parties agreed to the following schedule with respect to expert discovery and advised the Court of same in their Notice of Filing Joint Schedule for Expert Discovery (Doc. 60).

- Plaintiff to Disclose Experts:  January 20, 2021
- Defendants to Disclose Experts:  February 19, 2021
- Plaintiff's to Disclose Rebuttal Experts:  March 10, 2021
- Deadline to Complete Expert Witness Depositions:  April 9, 2021

**Events Leading Up to the Filing of this Motion**

1. On April 23, 2020, Plaintiff filed this action seeking insurance coverage under a $60 million dollar tower of fidelity bonds. Plaintiff filed its Amended Complaint on July 8, 2020 (Doc. 39), and each defendant timely filed answers and affirmative defenses.

2. The Parties have been working together in a cooperative manner to progress discovery, schedule depositions, resolve most discovery disputes that have arisen to date, and to coordinate on the production of voluminous document exchanges, which at this juncture, has reached into the hundreds of thousands of pages. The Parties have been unable to resolve only a limited number of discovery disputes to date and have sought Magistrate Judge O'Sullivan's assistance.

3. During the course of discovery, certain circumstances have impacted the optimum progress of discovery. Most significantly, due to the effects of COVID-19, Plaintiff has experienced delays in processing and producing the extensive documents requested by

2

Defendants. Plaintiff's employees are working remotely and everything is taking more time to complete. Additionally, counsel for Plaintiff's office suffered a catastrophic physical loss on April 9, 2020, which has rendered approximately 85% of Plaintiff's office uninhabitable and its contents destroyed or inaccessible[1].

4. The parties are currently scheduled to mediate their dispute on February 10, 2021. (Doc. 62). Defendants are prepared to proceed with depositions, but suggest that settlement is more likely if the parties can defer the cost of extensive depositions prior to the mediation next month. Defendants therefore conferred with Raymond James about extending the scheduling order and all parties agree that an extension will assist the parties' in considering settlement.

5. In light of the reasons above, the parties respectfully request a ninety-day extension of time for all deadlines outlined in the May 29, 2020 Joint Scheduling Report (Doc. 27) and the Court's August 5, 2020 Scheduling Order for Pretrial Conference and Trial (Doc. 53), to provide the parties' sufficient opportunity to finalize, analyze and evaluate the discovery, exchange expert witness reports, and proceed with depositions should this matter not resolve at mediation.

6. Therefore, the parties jointly respectfully request a ninety-day extension of time for all deadlines outlined in the Court's August 5, 2020 Scheduling Order for Pretrial Conference and Trial (Doc. 53) and the Joint Schedule for Expert Discovery (Doc. 60).[2]

---

[1] Specifically, on the night of April 8, 2020, an electrical fire occurred at the law firm on the floor above Plaintiff's offices in the Miami Tower. A break in the sprinkler system water main line caused Plaintiff's offices to be flooded, destroying its contents, and prohibiting access. Due to COVID-19 related delays with respect to inspections and building permits, Plaintiff's offices have not been restored to date.

[2] A copy of the Parties' proposed order is attached as Exhibit A.

**Memorandum of Law**

7. The Federal Rules of Civil Procedure permit extensions of time "for good cause." Fed. R. Civ. P. 6, 16, and 26. "The good cause standard required to modify a scheduling order precludes modification unless the schedule 'cannot be met despite the diligence of the party seeking the extension.'" *De Varona v. Discount Auto Parts, LLC*, 285 F.R.D. 671, 672 (S.D. Fla. 2012); *see also People for Ethical Treatment of Animals, Inc. v. Miami Seaquarium*, No. 1:15-cv-22692-UU, 2016 WL 7540433 (S.D. Fla. Jan. 21, 2016). Thus, "diligence is the key to satisfying the good cause requirement." *De Varona*, 285 F.R.D. at 672-73.

8. Here, the parties respectfully submit that good cause exists because the parties timely served their requests for production, have worked together to resolve disputes, have diligently followed up with each other, and continue efforts to progress discovery  Depositions have been scheduled and mediation will occur on February 10, 2020. Rather than wait until the scheduled close of discovery, the parties thought it would be better to bring the scheduling issues to the Court promptly. Accordingly, this Motion meets all of the criteria required by the Court for granting an extension of time and the enlargement of time is needed for the reasons stated above. See Fed. R. Civ. P. 6 (b) and S.D. Fla. L.R. 7(A)(1)(j).[3]

9. The extension will not prejudice the parties or unduly extend this case as Raymond James demanded a jury trial and the COVID related orders do not yet allow the convening of a jury trial.[4]

---

[3] Attached as Exhibit B is the Declaration of Jason S. Mazer, Esq. in compliance with Local Rule 7.6.
[4] https://web.flsd.uscourts.gov/uploads/adminOrders/2020/2020-76.pdf

10. Therefore, the parties respectfully requests this Court extend all deadlines outlined in the Court's August 5, 2020 Scheduling Order for Pretrial Conference and Trial (Doc. 53) and the Joint Schedule for Expert Discovery (Doc. 60) by ninety days as set forth below.

| Deadline | Original Date | New Date |
|---|---|---|
| Plaintiff to Disclose Experts | January 20, 2021 | April 20, 2021 |
| Defendants to Disclose Experts | February 19, 2021 | May 20, 2021 |
| Plaintiff to Disclose Rebuttal Experts | March 10, 2021 | June 10, 2021 |
| Complete Discovery | April 9, 2021 | July 9, 2021 |
| Filing Dispositive, Expert and Trial Related Motions | April 30, 2021 | July 30, 2021 |
| Pre-Trial Submission Deadline | May 7, 2021 | August 9, 2021 |
| Pre-Trial Conference | June 11, 2021 | September 13, 2021 |
| Trial Calendar Call | June 30, 2021 | October 4, 2021 |
| Trial | July 6, 2021 | October 11, 2021 |

WHEREFORE, Plaintiff and Defendants jointly respectfully request that this Court grant their Joint Motion to Modify Pretrial Deadlines as set forth herein, and together with such other and further relief as this Court shall deem appropriate. Counsel for Plaintiff has been given permission to file this Motion jointly on behalf of all Parties.

Dated:  January 12, 2021.                    Respectfully submitted,


*/s/ Jason S. Mazer*
Jason S. Mazer, Esq.
Florida Bar No. 0149871
Joshua R. Alhalel, Esq.
Florida Bar No.  0016320
**CIMO MAZER MARK PLLC**
100 Southeast Second Street, Suite 3650
Miami, Florida  33131
Telephone: (305) 374-6481
Fax: (305)  374-6488
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Kristina L. Marsh, Esq.
Florida Bar No. 0311080
**GORDON REES SCULLY MANSUKHANI**
601 S. Harbor Island Blvd., Suite 109
Tampa, FL  33602
Telephone (Main):  813-444-9700
Telephone (Direct)  813-523-4937
Facsimile:   813-377-3505
kmarsh@grsm.com
and
Scott L. Schmookler, Esq.
Sarah Riedl Clark, Esq.
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL  60606
Telephone:  312-980-6779
sschmookler@grsm.com
srclark@grsm.com

*Counsel for Federal Insurance Company*

Dustin C. Blumenthal, Esq.
Goldberg Segalla LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
dblumenthal@goldbergsegalla.com
lparker@goldbergsegalla.com
*Attorney for Defendant, Great American Insurance Company*

Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Pkwy., Plaza One
P.O. Box 472
Livingston, NJ  07039
sdratch@njcounsel.com
*Co-Counsel for Defendant, Great American Insurance Company*

Ryan J. Weeks, Esq.
Mills Pasckert Divers
100 N. Tampa St., Suite 3700
Tampa, FL 33602
smills@mpdlegal.com
rweeks@mpdlegal.com
csoltis@mpdlegal.com
*Attorney for Defendant, Travelers Casualty and Surety Company of America*

James Miller Kaplan, Esq.
Kaplan Zeena LLP
2 S. Biscayne Blvd., Suite 3050
Miami, FL 33131
james.kaplan@kaplanzeena.com
Elizabeth.salom@kaplanzeena.com
Service@kaplanzeena.com
*Attorney for Defendant, Beazley Insurance Company, Inc.*

Michael Keeley, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202-3794
mkeeley@clarkhill.com
jriddle@clarkhill.com
abrinkley@clarkhill.com
*Co-Counsel for Defendant, Beazley Insurance Company, Inc.*