# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RAYMOND JAMES FINANCIAL, INC.,          **CASE NO.: 20-21707-CV-UNGARO**

        Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

        Defendants.

_____/

**ORDER GRANTING JOINT MOTION TO
MODIFY PRETRIAL DEADLINES AND TRIAL DATE**

THIS CAUSE is before the Court on the Joint Motion to Modify Pretrial Deadlines and Trial Date [D.E. _____]. The Court, having considered the Motion, hereby:

ORDERS AND ADJUDGES as follows:

The Motion is GRANTED. The Court extends all deadlines outlined in the Court's August 5, 2020 Scheduling Order for Pretrial Conference and Trial (D.E. 53) and the Joint Schedule for Expert Discovery (Doc. 60) by ninety days and the deadlines are re-set as follows:

| Deadline | Date |
| --- | --- |
| Plaintiff to Disclose Experts | April 20, 2021 |
| Defendants to Disclose Experts | May 20, 2021 |
| Plaintiff to Disclose Rebuttal Experts | June 10, 2021 |
| Complete Discovery | July 9, 2021 |
| Filing Dispositive, Expert and Trial Related Motions | July 30, 2021 |
| Pre-Trial Submission Deadline | August 9, 2021 |
| Pre-Trial Conference | September 13, 2021 |
| Trial Calendar Call | October 4, 2021 |
| Trial | October 11, 2021 |

2

CASE NO.:  20-21707-CV-UNGARO

DONE and ORDERED in Chambers, Miami,  this _____ day of January, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record