UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-21707-UU

RAYMOND JAMES FINANCIAL INC.,

    Plaintiff,
v.

FEDERAL INSURANCE CO., et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the parties' Joint Motion to Modify Pretrial Deadlines and Trial Date (D.E. 66). THE COURT has considered the Motion and is otherwise fully advised in the premises.

On April 23, 2020, Plaintiff filed this action seeking insurance coverage under a $60 million dollar tower of fidelity bonds. Plaintiff filed its Amended Complaint on July 8, 2020 (D.E. 39), and all five Defendants have timely filed answers and affirmative defenses. The parties request a 90-day extension of all pretrial, expert, and trial deadlines because there are hundreds of thousands of pages of discovery and several discovery disputes, and because Plaintiff's counsel's office was severely damaged in an electrical accident, destroying most of its contents. Because the Motion is unopposed and it is the parties' first request for an extension of pretrial deadlines, the Court will grant the Motion. **Further extensions of time will not be permitted.** Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 66, is GRANTED. The pretrial conference currently scheduled for June 11, 2021 is VACATED and RE-SET to Friday, September 10, 2021 at 10:30 a.m. The calendar call currently scheduled for June 30, 2021 is VACATED and

RE-SET to Wednesday, September 29, 2021 at 1:30 p.m. The trial period currently scheduled to begin July 6, 2021 is VACATED and RE-SET to commence Monday, October 4, 2021 at 9:00 a.m. It is further

ORDERED AND ADJUDGED that, in accordance with the Motion, the parties shall attend mediation on February 10, 2021.[1] If this case does not resolve at mediation, the parties SHALL attend a second mediation within fifteen (15) days after the close of discovery (July 9, 2021). The parties SHALL notify the Court, in writing, as to the second mediation date by **Friday, July 2, 2021.** It is further

ORDERED AND ADJUDGED that the revised scheduling order is as follows:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff to Disclose Experts | January 20, 2021 | April 20, 2021 |
| Defendants to Disclose Experts | February 19, 2021 | May 20, 2021 |
| Plaintiff to Disclose Rebuttal Experts | March 10, 2021 | June 10, 2021 |
| Deadline to complete discovery | April 9, 2021 | July 9, 2021 |
| Deadline to file pretrial motions | April 30, 2021 | July 30, 2021 |
| Deadline to file Joint Pretrial Stipulation and Jury Instructions | May 7, 2021 | August 6, 2021 |
| Pretrial Conference | June 11, 2021 | September 10, 2021, at 10:30 a.m. |
| Calendar call | June 30, 2021 | September 29, 2021, at 1:30 p.m. |
| Commencement of trial period | July 6, 2021 | October 4, 2021, at 9:00 a.m. |

DONE AND ORDERED in Chambers at Miami, Florida, this 14th__ day of January, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

---

[1] The parties are reminded to file their mediation report by February 17, 2021.

copies provided: counsel of record