# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO: 20-21707-CV-MARTINEZ

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

    Defendants.

_____

## FEDERAL INSURANCE COMPANY'S NOTICE
## OF TELEPHONIC DISCOVERY HEARING

PLEASE TAKE NOTICE that a telephonic hearing will be held before the Honorable Jacqueline Becerra, United States Magistrate Judge, regarding the above-styled case, as follows:

| | |
|---|---|
| DATE: | Thursday, July 1, 2021 |
| TIME: | 2:00 p.m. EST |
| DIAL-IN NUMBER: | 866-390-1828 |
| ACCESS CODE: | 2046890# |

MATTER TO BE HEARD: Raymond James seeks $60 million in insurance coverage on the basis that a former employee colluded with a former customer by withdrawing funds deposited at Raymond James. This claim implicates more than $600 million in transactions spanning more than six years amongst nineteen different accounts. Due to the complex nature of this dispute, Federal Insurance Company served requests for admission on Raymond James to narrow the issues for trial. Raymond James, however, responded to a vast majority of the requests with objections – even to the clarity of terms Raymond James used in its own complaint and discovery responses.

1

Thus, Federal respectfully seeks the Court to overrule Raymond James' objections and deem each request admitted.

Dated:  July 1, 2021 Respectfully submitted,

*s/ Kristina L. Marsh*
Kristina L. Marsh, Esq.
Florida Bar No. 0311080
**GORDON REES SCULLY MANSUKHANI**
601 S. Harbor Island Blvd., Suite 109
Tampa, FL  33602
Telephone (Main):  813-444-9700
Telephone (Direct)  813-523-4937
Facsimile:   813-377-3505
kmarsh@grsm.com
and
Scott L. Schmookler, Esq.
Sarah Riedl Clark, Esq.
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL  60606
Telephone:  312-980-6779
sschmookler@grsm.com
srclark@grsm.com
*Counsel for Federal Insurance Company*

## **CERTIFICATE OF CONFERENCE**

Undersigned counsel hereby certifies that in accordance with local rule 7.1(a)(3) they have conferred with Plaintiff via telephone in a good-faith effort to resolve these issues and are unable to resolve these issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Jason S. Mazer, Esq.
Florida Bar No. 0149871
Joshua R. Alhalel, Esq.
Florida Bar No. 0016320
**CIMO MAZER MARK PLLC**
100 Southeast Second Street, Suite 3650
Miami, Florida 33131
Telephone: (305) 374-6481
Fax: (305) 374-6488
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com
*Counsel for Raymond James Financial, Inc.*

Dustin C. Blumenthal, Esq.
Goldberg Segalla LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
dblumenthal@goldbergsegalla.com
lparker@goldbergsegalla.com
*Attorney for Defendant, Great American Insurance Company*

Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Pkwy., Plaza One
P.O. Box 472
Livingston, NJ 07039
sdratch@njcounsel.com
*Co-Counsel for Defendant, Great American Insurance Company*

Ryan J. Weeks, Esq.
Mills Pasckert Divers
100 N. Tampa St., Suite 3700
Tampa, FL 33602
smills@mpdlegal.com
rweeks@mpdlegal.com
csoltis@mpdlegal.com
*Attorney for Defendant, Travelers Casualty and Surety Company of America*

James Miller Kaplan, Esq.
Kaplan Zeena LLP
2 S. Biscayne Blvd., Suite 3050
Miami, FL 33131
james.kaplan@kaplanzeena.com
Elizabeth.salom@kaplanzeena.com
Service@kaplanzeena.com
*Attorney for Defendant, Beazley Insurance Company, Inc.*

Michael Keeley, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202-3794
mkeeley@clarkhill.com
jriddle@clarkhill.com
*Co-Counsel for Defendant, Beazley Insurance Company, Inc.*

By: **s/ *Kristina L. Marsh***
Kristina L. Marsh, Esq.