**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 20-21707-CV-UNGARO**

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

    Defendants.

---

### FEDERAL INSURANCE COMPANY'S MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINE

Federal Insurance Company ("Federal") moves this Honorable Court for a twelve-day extension of the deadline for the completion of all discovery as set forth in the June 22, 2021 Scheduling Order (Doc. 96), pursuant to Rules 6, 16, and 26 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida. In support of its motion, Federal states:

1. Federal requests the deadline for the parties to complete all discovery be extended by twelve (12) days because Plaintiff's Rule 30(b)(6) corporate representative or former employee, Maritza Williams, are not available for deposition prior to the discovery closure deadline on July 9, 2021. This extension will not require an extension of other pre-trial dates.

2. On April 23, 2020, Plaintiff filed this action seeking insurance coverage under a $60 million dollar tower of fidelity bonds. Plaintiff filed its Amended Complaint on July 8, 2020 (Doc. 39), and each defendant timely filed answers and affirmative defenses.

1

3. The Parties have been working together in a cooperative manner to progress discovery, schedule depositions, resolve most discovery disputes that have arisen to date, and to coordinate on the production of voluminous document exchanges.

4. Federal sought leave of court to take the depositions of a total of fifteen witnesses in this matter, including Plaintiff's Rule 30(b)(6) corporate representative and a former employee, Maritza Williams. On May 26, 2021, Magistrate Judge John J. O'Sullivan (the magistrate formerly assigned to this matter) granted Federal's request to take the additional depositions (Doc. 89).

5. With respect to the designated matters of examination related to the deposition of Plaintiff's Rule 30(b)(6) corporate representative, the parties met and conferred as follows:

- May 21, 2021: Federal provided Raymond James with the Matters of Examination and requested a time to confer about the topics;

- May 28, 2021: Raymond James objected to the Matters of Examination;

- June 16, 2021: Federal replied to Raymond James's objections to the Matters of Examination and agreed to limit the scope of various matters;

- June 21, 2021: Raymond James served further and additional objections to the Matters of Examination;

- June 25, 2021: Federal responded to Raymond James's further objections and requested a date certain for the corporate representative deposition; and

- June 28, 2021: Federal again requested a date certain for the corporate representative deposition.

To date, Plaintiff has not provided a date for the deposition of its Rule 30(b)(6) corporate representative.

6.   With respect to the deposition of Ms. Williams, Plaintiff provided dates for her deposition; however, all of the dates fall after the close of discovery on July 9, 2021. Specifically, on June 28, 2021, counsel for Plaintiff indicated Ms. Williams is available from July 14, through July 17, 2021 and from July 28, through July 31, 2021.

7.   Despite Federal's diligent efforts to secure the depositions of Raymond James's corporate representative and Ms. Williams prior to the close of discovery, it cannot complete these depositions before the discovery closure deadline on July 9, 2021. Therefore, Federal seeks a brief, twelve-day extension of the discovery closure deadline to preserve its ability to take the depositions.

## **MEMORANDUM OF LAW**

8.   The Federal Rules of Civil Procedure permit extensions of time "for good cause." Fed. R. Civ. P. 6, 16, and 26. "The good cause standard required to modify a scheduling order precludes modification unless the schedule 'cannot be met despite the diligence of the party seeking the extension.'" *De Varona v. Discount Auto Parts, LLC*, 285 F.R.D. 671, 672 (S.D. Fla. 2012); *see also People for Ethical Treatment of Animals, Inc. v. Miami Seaquarium*, No. 1:15-cv-22692-UU, 2016 WL 7540433 (S.D. Fla. Jan. 21, 2016). Thus, "diligence is the key to satisfying the good cause requirement." *De Varona*, 285 F.R.D. at 672-73.

9.   Here, Federal respectfully submits that good cause exists because the Parties worked together to resolve disputes, diligently followed up with each other, and continue efforts to progress discovery. Accordingly, this Motion meets all of the criteria required by the Court for granting an extension of time and the enlargement of time is needed for the reasons stated above. See Fed. R. Civ. P. 6 (b) and S.D. Fla. L.R. 7.1(a)(1)(J).

10. The extension will not prejudice the Parties or unduly extend this case beyond the time required to accommodate the additional discovery.

11. Therefore, Federal respectfully requests this Court extend the following deadline to complete discovery by twelve days to, and including, July 21, 2021, for the sole purpose of completing the 30(b)(6) deposition of Raymond James and the individual deposition of Ms. Williams.

12. WHEREFORE, Federal respectfully requests that this Court grant its Motion for an Extension of the Discovery Deadline as set forth herein, allow twelve days to, and including, July 21, 2021, for the sole purpose of completing the 30(b)(6) deposition of Raymond James and the individual deposition of Ms. Williams, and all other further this Court shall deem appropriate.

**CERTIFICATE OF CONFERENCE**

Undersigned counsel hereby certifies that in accordance with local rule 7.1(a)(3) they have conferred with Plaintiff in a good-faith effort to resolve these issues and are unable to resolve these issues.

Dated:  July 2, 2021.                    Respectfully submitted,

*/s/ Kristina L. Marsh*
Kristina L. Marsh, Esq.
Florida Bar No. 0311080
**GORDON REES SCULLY MANSUKHANI**
601 S. Harbor Island Blvd., Suite 109
Tampa, FL  33602
Telephone (Main):  813-444-9700
Telephone (Direct)  813-523-4937
Facsimile:   813-377-3505
kmarsh@grsm.com
and
Scott L. Schmookler, Esq.
Sarah Riedl Clark, Esq.
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL  60606
Telephone:  312-980-6779
sschmookler@grsm.com
srclark@grsm.com

*Counsel for Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Jason S. Mazer, Esq.
Florida Bar No. 0149871
Joshua R. Alhalel, Esq.
Florida Bar No. 0016320
**CIMO MAZER MARK PLLC**
100 Southeast Second Street, Suite 3650
Miami, Florida 33131
Telephone: (305) 374-6481
Fax: (305) 374-6488
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com

*Counsel for Raymond James Financial, Inc.*

Dustin C. Blumenthal, Esq.
Goldberg Segalla LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
dblumenthal@goldbergsegalla.com
lparker@goldbergsegalla.com
*Attorney for Defendant, Great American Insurance Company*

Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Pkwy., Plaza One
P.O. Box 472
Livingston, NJ 07039
sdratch@njcounsel.com
*Co-Counsel for Defendant, Great American Insurance Company*

Ryan J. Weeks, Esq.
Mills Pasckert Divers
100 N. Tampa St., Suite 3700
Tampa, FL 33602
smills@mpdlegal.com
rweeks@mpdlegal.com
csoltis@mpdlegal.com
*Attorney for Defendant, Travelers Casualty and Surety Company of America*

James Miller Kaplan, Esq.
Kaplan Zeena LLP
2 S. Biscayne Blvd., Suite 3050
Miami, FL 33131
james.kaplan@kaplanzeena.com
Elizabeth.salom@kaplanzeena.com
Service@kaplanzeena.com
*Attorney for Defendant, Beazley Insurance Company, Inc.*

Michael Keeley, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202-3794
mkeeley@clarkhill.com
jriddle@clarkhill.com
abrinkley@clarkhill.com
*Co-Counsel for Defendant, Beazley Insurance Company, Inc.*

7

GORDON & REES, LLP

**_s/Kristina L. Marsh_**
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Primary: kmarsh@grsm.com
Secondary: cyoung@grsm.com
Secondary: fgude@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-523-4937
Facsimile: 813-377-3505

Scott L. Schmookler, Esquire
Sarah R. Clark, Esquire
Primary: sschmookler@grsm.com
Primary: srclark@grsm.com
1 N. Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 565-1400
Facsimile: (312) 565-6511

*Attorneys for Defendant,*
***Federal Insurance Company***