UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-14337-CIV-MARTINEZ/BECERRA

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## ORDER REVISING TRIAL AND PRETRIAL DEADLINES

**THIS CAUSE** comes before the Court upon Defendant Federal Insurance Company's Motion for an Extension of the Discovery Deadline ("Motion"). (ECF No. 104). After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 104), is **GRANTED**. All discovery, including expert discovery, shall be completed **on or before July 21, 2021**.

2. All other deadlines shall remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of July, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra
All counsel of record