UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**RAYMOND JAMES FINANCIAL, INC.**

  **Plaintiff,**           CASE NO. 1:20-cv-21707
                   MARTINEZ-BECERRA

v.

**FEDERAL INSURANCE COMPAY, et al.**

  **Defendants.**
_____/

**DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order (ECF Doc. No. 96) dated June 22, 2021, defendant Great American Insurance Company ("Great American"), files this Certificate of Interested Persons and Corporate Disclosure Statement, and provides the following information:

**CERTIFICATE OF INTERESTED PERSONS**

Based on the proceedings had to date, and Certificates of Interested Persons filed by other parties to this action, Great American believes the following persons, associated persons, firms, partnerships or corporations have a financial interest in the outcome of this case:

1. Raymond James Financial, Inc. ("Raymond James"):  Plaintiff

2. Raymond James & Associates, Inc.: Subsidiary of Raymond James

3. Raymond James Financial Services, Inc.: Subsidiary of Raymond James

4. Raymond James Bank NA: Subsidiary or affiliate of Raymond James

5. RJF: Subsidiary or affiliate of Raymond James

6. RJ Bank: Subsidiary or affiliate of Raymond James

7. RJ Trust: Subsidiary or affiliate of Raymond James

8. Raymond James Ltd: Subsidiary or affiliate of Raymond James

9. Morgan Keegan & Company, LLC: Subsidiary or affiliate of Raymond James

10. Jason S. Mazer: Counsel for Raymond James

11. Joshua Alhalel: Counsel for Raymond James

12. Cimo Mazer Mark PLLC: Law Firm for Raymond James

13. Federal Insurance Company ("Federal"): Defendant

14. Chubb INA Holdings Inc ("Chubb INA"): 100% owner of Federal

15. Chubb Group Holdings Inc.: 80% owner of Chubb INA

16. Chubb Limited: 20% owner of Chubb INA

17. Chubb Group Holdings Inc.: wholly owned subsidiary of Chubb Limited

18. Scott L. Schmookler: Counsel for Federal

19. Sarah Riedl Clark: Counsel for Federal

20. Kristina Marsh: Counsel for Federal

21. Gordon & Rees Scully Mansukhani, LLC: Law Firm for Federal

22. Beazley Insurance Company, Inc. ("Beazley"): Defendant

23. Beazley, PLC: 100% owner of Beazley

24. Michael Keeley: Counsel for Beazley

25. John R. Riddle: Counsel for Beazley

26. Clark Hill PLC: Law Firm for Beazley

27. James Miller Kaplan: Counsel for Beazley

28. Kaplan Zeena LLP: Law Firm for Beazley

29. Travelers Casualty and Surety Company of America ("Travelers"):  Defendant

30. Travelers Casualty and Surety Company ("Travelers Casualty"): 100% owner of Travelers

31. Travelers Insurance Group Holdings Inc. ("Travelers Insurance"): 100% owner of Travelers Casualty

32. Travelers Property Casualty Corp. ("Travelers Property"): 100% owner of Travelers Insurance

33. The Travelers Companies, Inc.: 100% owner of Travelers Property

34. St. Paul Mercury Insurance Company ("St. Paul"):  Defendant

35. E.A. "Seth" Mills, Jr.:  Counsel for Travelers and St. Paul

36. Ryan J. Weeks:  Counsel for Travelers and St. Paul

37. Mills Paskert Divers:  Law Firm for Travelers and St. Paul

38. Great American:  Defendant

39. American Financial Group, Inc.: 100% owner of Great American

40. Stephen Dratch:  Counsel for Great American

41. Daniel Lebersfeld, Counsel for Great American

42. The Dratch Law Firm, P.C.:  Law Firm for Great American

43. Dustin Blumenthal:  Counsel for Great American

44. Goldberg Segalla, LLP:  Law Firm for Great American

## GREAT AMERICAN'S CORPORATE DISCLOSURE STATEMENT

Defendant Great American is wholly owned by American Financial Group, Inc. ("AFG").

AFG is a publicly held corporation traded on the New York Stock Exchange.

Dated: July 8, 2021
    West Palm Beach, Florida

CASE NO. 1:20-cv-21707

Respectfully submitted,

*/s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.
Florida Bar No. 083799
**Goldberg Segalla LLP**
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel:    (561) 618-4485
Fax:    (561) 618-4549
dblumenthal@goldbergsegalla.com
tploskunak@goldbergsegalla.com

Stephen N. Dratch, Esq.
*Admitted Pro Hac Vice*
**Franzblau Dratch, P.C.**
354 Eisenhower Parkway
Livingston, NJ 07039
Tel:    (973) 992-3700
sdratch@njcounsel.com
*Counsel for Great American Insurance Company*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 8, 2021, I electronically filed the attached with the Clerk of Court using CM/ECF which will serve a copy on all counsel or parties of record.

*/s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.

4