**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 20-21707-CV-UNGARO**

RAYMOND JAMES FINANCIAL, INC.,

        Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

        Defendants.

---

**PLAINTIFF'S NOTICE OF TELEPHONIC DISCOVERY HEARING**

PLEASE TAKE NOTICE that a telephonic hearing will be held before the Honorable Magistrate Judge Jacqueline Becerra, regarding the above-styled case, as follows:

DATE: **Thursday, August 12, 2021**

TIME: **2:00 P.M. EST, or as soon thereafter as the same may be heard**

AUDIO CONFERENCE CALL NUMBER: **(866) 390-1828**

ACCESS CODE: **2046890#**

MATTERS TO BE HEARD:

1)     Plaintiff's Request for Entry of Briefing Schedule in accordance with D.E. 79, D.E. 111, and D.E. 118, with respect to the unresolved dispute regarding Defendants' assertion of the attorney-client privilege and work product doctrine. Plaintiff contends that, under Florida law, the attorney-client privilege does not extend to communications with attorneys performing claims-handling functions or investigating insurance claims. Plaintiff has requested Defendants to produce

1

documents on their privilege logs prior to the denial of the claim that is the subject of this litigation, and Defendants' have refused to do so.   The parties reached an agreement to defer briefing on this issue until after Defendants' Rule 30(b)(6) depositions.  Per D.E. 79, Plaintiff advised the court of its proposed briefing schedule and through this hearing requests the entry of an order to set the briefing schedule.

2)      Plaintiff's request for entry of an order directing Ariel Quiros to comply with Plaintiff's Subpoena Duces Tecum.

**LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL**

Plaintiff has conferred with all parties and counsel for non-party Ariel Quiros who may be affected by the relief sought in this notice in a good faith effort to resolve the issues raised in this notice and has been unable to do so.

Dated:  July 29, 2021.                          Respectfully submitted,


_/s/ Jason S. Mazer_
Jason S. Mazer, Esq.
Florida Bar No. 0149871
Joshua R. Alhalel, Esq.
Florida Bar No.  0016320
**CIMO MAZER MARK PLLC**
100 Southeast Second Street, Suite 3650
Miami, Florida  33131
Telephone: (305) 374-6481
Fax: (305)  374-6488
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 29, 2021, I electronically filed this Notice of Hearing with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on parties listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner, and copy of the Notice of Hearing was also provided by electronic mail and US Mail to counsel for Ariel Quiros, as indicated below.

<u>*/s/ Jason S. Mazer*</u>

Kristina L. Marsh, Esq.
Florida Bar No. 0311080
**GORDON REES SCULLY MANSUKHANI**
601 S. Harbor Island Blvd., Suite 109
Tampa, FL  33602
Telephone (Main):  813-444-9700
Telephone (Direct)  813-523-4937
Facsimile:   813-377-3505
kmarsh@grsm.com
and
Scott L. Schmookler, Esq.
Sarah Riedl Clark, Esq.
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL  60606
Telephone:  312-980-6779
sschmookler@grsm.com
srclark@grsm.com

*Counsel for Federal Insurance Company*

Dustin C. Blumenthal, Esq.
Goldberg Segalla LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
dblumenthal@goldbergsegalla.com
lparker@goldbergsegalla.com
*Attorney for Defendant, Great American Insurance Company*

Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Pkwy., Plaza One
P.O. Box 472
Livingston, NJ  07039
sdratch@njcounsel.com
*Co-Counsel for Defendant, Great American Insurance Company*

Ryan J. Weeks, Esq.
Mills Pasckert Divers
100 N. Tampa St., Suite 3700
Tampa, FL  33602
smills@mpdlegal.com
rweeks@mpdlegal.com
csoltis@mpdlegal.com
*Attorney for Defendant, Travelers Casualty and Surety Company of America*

James Miller Kaplan, Esq.
Kaplan Zeena LLP
2 S. Biscayne Blvd., Suite 3050
Miami, FL  33131
james.kaplan@kaplanzeena.com
Elizabeth.salom@kaplanzeena.com
Service@kaplanzeena.com
*Attorney for Defendant, Beazley Insurance Company, Inc.*

Michael Keeley, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX  75202-3794
mkeeley@clarkhill.com
jriddle@clarkhill.com
abrinkley@clarkhill.com
*Co-Counsel for Defendant, Beazley Insurance Company, Inc.*


**Via Email and U.S. Mail**
Neil Taylor, Esq.
Neil Taylor, P.A.
SunTrust Plaza, Suite 1050
201 Alhambra Circle
Coral Gables, FL   33134
ngt@bellsouth.net

4