UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-21707-CIV-MARTINEZ

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,
*et al.*,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE SEALED MOTION

**THIS CAUSE** comes before the Court upon Defendants' Motion to Exclude Plaintiff's Experts. (ECF No. 121). Defendants filed their motion under seal, yet they failed to comply with the procedures set forth in Local Rule 5.4(b). Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' Sealed Motion to Exclude Plaintiff's Expert, (ECF No. 121), is **DENIED without prejudice**. Defendants must file a motion for leave to file under seal "that sets forth the factual and legal basis for departing from the policy that Court filings are public and that describes the information or documents to be sealed [] with as much particularity as possible[.]" S.D. Fla. L.R. 5.4(b).

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record