**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 20-21707-CV-MARTINEZ/BECERRA**

RAYMOND JAMES FINANCIAL, INC.,

        Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

        Defendants.

_____

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Raymond James Financial, Inc. ("Raymond James"), Federal Insurance Company, Travelers Casualty and Surety Company of America, Beazley Insurance Company, Inc., Great American Insurance Company, and St. Paul Mercury Insurance Company, in accordance with the Court's Orders [Dkt. 131 and 132] and S.D. Fla. L.R. 5.4(b), submit this Joint Motion for Leave to File Under Seal.

1.  On August 26, 2020, the Court entered a Stipulated Protective Order setting forth that, "All documents of any nature that have been designated as a 'Confidential Document' and that are filed with the Court, and any briefs or other papers that disclose information that has been designated a 'Confidential Document' shall be filed with the Court under seal and remain under seal until such time as the Court orders otherwise." [Dkt. 58, p. 8, ¶ 7].

2.  On July 30, 2021, and in accordance with the Court's Stipulated Protective Order, Defendants filed the following motions under seal: (1) Defendants' Motion to Exclude Plaintiff's Experts [Dkt. 121]; Joint Statement of Undisputed Facts [Dkt. 128][1]; Defendants' Motion for Summary Judgment [Dkt. 129]; and Defendants' Statement of Material Facts [Dkt. 130]

_____

[1] Concurrently with this Motion, the Parties are refiling the Joint Statement of Undisputed Facts [Dkt. 128] with the referenced bank account numbers redacted.

(collectively the "Sealed Filings").

      3.     The Sealed Filings include numerous citations to, quotes from, screen shots of, and account numbers/information from documents that Raymond James produced as part of this litigation that are marked as "Confidential Documents." More specifically, numerous referenced exhibits are marked "Confidential." [Dkt. 121-1, 121-2, 130-3, 130-8, 130-9, 130-16]. Additional exhibits are expert reports that specifically quote and attach "Confidential Documents" or include financial calculations using the account statements marked as "Confidential." [Dkt. 121-3, 121-4, 121-5, 130-2, 130-4, 130-5, 130-14]. Finally, the motions and exhibits include deposition testimony from numerous fact witnesses and experts about the "Confidential Documents" marked as exhibits during their respective depositions. [Dkt. 121-6, 121-7, 121-8, 121-9, 130-6, 130-7, 130-10, 130-13, 130-14, 130-17].

      4.     Raymond James proposes that the Sealed Filings remain sealed for the remainder of this litigation.

      WHEREFORE, the Parties request that the Court enter an Order permitting Defendants to file their Motion to Exclude Plaintiff's Experts under seal [previously filed at Dkt. 121], determine that Defendants' Motion for Summary Judgment [Dkt. 129] and Defendants' Statement of Material Facts [Dkt. 130] will remain under seal, determine that the Parties' oppositions and replies to the above motions may be filed under seal, and any such further relief that the Court deems appropriate.

Date: August 5, 2021                Respectfully submitted,

*/s/ Jason S. Mazer*                */s/ Ryan J. Weeks*
Jason S. Mazer, Esq.               E.A. "Seth" Mills, Jr., Esq.
Florida Bar No. 0149871            Florida Bar No. 339652
Joshua R. Alhalel, Esq.             Ryan J. Weeks, Esq.
Florida Bar No. 0016320            Florida Bar No. 57897
**CIMO MAZER MARK PLLC**       **MILLS PASKERT DIVERS**
100 Southeast Second Street, Suite 3650   100 N. Tampa Street, Suite 3700
Miami, Florida 33131              Telephone: (813) 229-3500
Telephone: (305) 374-6481         Facsimile: (813) 229-3502
Fax: (305) 374-6488               smills@mpdlegal.com
jmazer@cmmlawgroup.com         rweeks@mpdlegal.com
jalhalel@cmmlawgroup.com        csoltis@mpdlegal.com

*Counsel for Plaintiff*              *Counsel for Travelers Casualty and Surety*

*Company of America & St. Paul Mercury Insurance Company*

/s/ James M. Kaplan

James M. Kaplan, Esq.

Florida Bar No. 921040

**KAPLAN ZEENA LLP**

2 South Biscayne Boulevard, Suite 3050

Miami, Florida  33131

Telephone: (305)  530-0800

Facsimile: (305)  530-0801

James.kaplan@kaplanzeena.com

Elizabeth.salom@kaplanzeena.com

service@kaplanzeena.com

and

Michael Keeley, Esq.

*Admitted Pro Hac Vice*

John R. Riddle, Esq.

*Admitted Pro Hac Vice*

**Clark Hill Strasburger**

901 Main Street, Suite 6000

Dallas, Texas  75202-3794

Telelphone:  (214)  651-4718

Facsimile:   (214)  659-4121

mkeeley@clarkhill.com

jriddle@clarkhill.com

*Counsel for Beazley Insurance Company, Inc.*

/s/ Dustin C. Blumenthal

Dustin C. Blumenthal

Florida Bar No. 0149871

**Goldberg Segalla**

222 Lakeview Avenue, Suite 800

West Palm Beach, FL  33401

Telephone: (561)  618-4485

Facsimile:  (561)  618-4549

dblumenthal@goldbergsegalla.com

lparker@goldbergsegalla.com

and

Stephen N. Dratch, Esq.

/s/ Kristina L. Marsh

Kristina L. Marsh, Esq.

Florida Bar No. 0311080

**GORDON REES SCULLY MANSUKHANI**

601 S. Harbor Island Blvd., Suite 109

Tampa, FL  33602

Telephone (Main):  813-444-9700

Telephone (Direct)  813-523-4937

Facsimile:   813-377-3505

kmarsh@grsm.com

and

Scott L. Schmookler, Esq.

*Admitted Pro Hac Vice*

Sarah Riedl Clark, Esq.

*Admitted Pro Hac Vice*

**GORDON REES SCULLY MANSUKHANI**

One North Franklin, Suite 800

Chicago, IL  60606

Telephone:  312-980-6779

sschmookler@grsm.com

srclark@grsm.com

*Counsel for Federal Insurance Company*

*Admitted Pro Hac Vice*
**Franzblau Dratch, P.C.**
354 Eisenhower Parkway
Livingston, New Jersey  07039
Telephone:  (973) 992-3700

*Counsel for Great American Insurance
Company*

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jason S. Mazer, Esq.
Joshua R. Alhalel, Esq.
Cimo Mazer Mark PLLC
100 S.E. Second Street, Suite 3650
Miami, FL 33131
Email:
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com
kshaw@cmmlawgroup.com
*Counsel for Raymond James Financial, Inc.*

Kristina L. Marsh, Esq.
Gordon Rees Scully Mansukhani
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Email:
kmarsh@grsm.com
*Co-Counsel for Federal Insurance Company*

Sarah Riedl Clark, Esq.
Scott L. Schmookler, Esq.
Angela Lewosz, Esq.
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Email:
srclark@grsm.com
sschmookler@grsm.com
alewosz@grsm.com
*Co-Counsel for Federal Insurance Company
(Admitted Pro Hac Vice)*

Dustin C. Blumenthal, Esq.
Goldberg Segalla LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Email:
dblumenthal@goldbergsegalla.com
ppowers@goldbergsegalla.com
pborges@goldbergsegalla.com
*Co-Counsel for Great American Insurance Co.*

Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Parkway
Livingston, NJ 07039

James M. Kaplan, Esq.
Kaplan Zeena LLP
2 S. Biscayne Blvd., Suite 3050
Miami, FL 33131

Email:
sdratch@njcounsel.com
*Co-Counsel for Great American Insurance Co.*
*(Admitted Pro Hac Vice)*

Email:
james.kaplan@kaplanzeena.com
elizabeth.salom@kaplanzeena.com
service@kaplanzeena.com
*Co-Counsel for Beazley Insurance Company, Inc.*

Charles Adam Brinkley, Esq.
John R. Riddle, Esq.
Michael Keeley, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202
Email:
abrinkley@clarkhill.com
jriddle@clarkhill.com
mkeeley@clarkhill.com
*Co-Counsel for Beazley Insurance Company, Inc.*
*(Admitted Pro Hac Vice)*

_____
*/s/ Ryan J. Weeks*
Attorney