**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 20-21707-CIV-MARTINEZ-BECERRA**

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

    Defendants.

---

## DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DAUBERT MOTION

Federal Insurance Company ("Federal") moves this Honorable Court for a 7-day extension of time to respond to Plaintiff's Daubert Motion to Exclude Testimony of Defendants' Experts Gregory Hagarty and Sander Ressler and Memorandum of Law In Support Thereof [ECF NO. 127] (the "Motion"). In support of its motion, Federal states:

    1.    Federal requests an extension of time to respond to the Motion as lead counsel was out on a pre-arranged vacation booked on January 18, 2021. In the interim, co-counsel unexpectedly went on maternity three weeks earlier than initially planned. The response is currently due on August 13, 2021. In light of these two events, Federal respectfully requests a seven (7) day extension of time, up until August 20, 2021, to respond to the Motion. Federal requests the extension apply to all Defendant Insurers ("Defendants") as they are working together to file a single, coordinated response.

1

## EVENTS LEADING TO THE FILING OF THIS MOTION

2. On April 23, 2020, Plaintiff filed this action seeking insurance coverage under a $60 million dollar tower of fidelity bonds. Plaintiff filed its Amended Complaint on July 8, 2020 [ECF NO. 39] and each defendant timely filed answers and affirmative defenses.

3. Due to complex nature of the case, Federal sought leave of court to take the depositions of a total of fifteen witnesses in this matter. On May 26, 2021, magistrate Judge John J. O'Sullivan (the magistrate formerly assigned to this matter) granted Federal's request to take the additional depositions [ECF NO. 89]. The court thereafter extended the discovery deadline until July 21, 2021 [ECF NO. 106].

4. On July 30, 2021, Defendants filed their Daubert and Summary Judgment Motions under seal. [ECF NO. 128; 129; and 130].

5. On July 30, 2021, the court entered an order denying without prejudice Defendants' Motion to Exclude Plaintiff's Experts, ordering Insurers to "file a motion for leave to file under seal that sets forth the factual and legal basis for departing from the policy that Court filings are public and that describes the information or documents to be sealed [] with as must particularity as possible[.]" [ECF NO. 131].

6. On August 2, 2021, the Court entered another order, ordering Defendants to do the same with respect to their Motion for Summary Judgment. [ECF NO. 132].

7. On August 3, 2021, Plaintiff filed a Motion for Extension of Time to File Responses to Defendants' Daubert and Summary Judgment Motions. [ECF NO. 134]. The responses were originally due on August 13, 2021, and the Court granted Plaintiffs a fourteen (14) day extension, up until August 27, 2021 to file their responses. [ECF NO. 139].

8. On August 5, 2021, Defendants conferred with Plaintiff regarding Plaintiff's request to keep Defendant Insurers' Motion for Summary Judgment and Daubert Motions under

Seal. Defendants filed a Joint Motion to Seal Defendants' Motion to Exclude Plaintiff's Experts, Defendants' Motion for Summary Judgment, and Defendants' Statement of Material Facts. [ECF NO. 137]. The Court has not yet ruled on the joint motion.

## **MEMORANDUM OF LAW**

9. The Federal Rules of Civil Procedure permit extensions of time "for good cause." Fed. R. Civ. P. 6 and 16. "The good cause standard required to modify a scheduling order precludes modification unless the schedule 'cannot be met despite the diligence of the party seeking the extension.'" *De Varona v. Discount Auto Parts, LLC*, 285 F.R.D. 671, 672 (S.D. Fla. 2012); *see also People for Ethical Treatment of Animals, Inc. v. Miami Seaquarium*, No. 1:15-cv-22692-UU, 2016 WL 7540433 (S.D. Fla. Jan. 21, 2016). Thus, "diligence is the key to satisfying the good cause requirement." *De Varona*, 285 F.R.D. at 672-73.

10. Here, Federal respectfully submits that good cause for an extension of time exists because lead counsel had planned for co-counsel to draft responses to the Motion in his absence; and co-counsel unexpectedly went on maternity leave three weeks early. Accordingly, this motion meets all of the criteria required by the Court for granting an extension of time and the enlargement of time is needed for the reasons stated above. *See* Fed. R. Civ. P. 6 (b) and S.D. Fla. L.R. 7(A)(1)(j).

11. The requested extension is not for the purposes of delay and the extension will not prejudice the Parties or unduly extend this case beyond the time required to accommodate the scheduling conflict. The matter is currently scheduled for trial during the two-week trial period commencing October 25, 2021.

12. Therefore, Federal respectfully requests this Court grant a seven-day extension of time, up until August 20, 2021, to respond to Plaintiff's Motion.

WHEREFORE, Federal respectfully requests that this Court grant its Motion to Extend Time to Respond to Plaintiff's Daubert Motion, as set forth herein, and together with such other and further relief as this Court shall deem appropriate.

### CERTIFICATE OF CONFERENCE

Undersigned counsel hereby certifies that in accordance with local rule 7.1(a)(3) they have conferred with counsel for Plaintiff in a good-faith effort and counsel does not oppose this motion.

Dated: August 11, 2021

Respectfully submitted,

*s/ Kristina L. Marsh*
Kristina L. Marsh, Esq.
Florida Bar No. 0311080
**GORDON REES SCULLY MANSUKHANI**
601 S. Harbor Island Blvd., Suite 109
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct) 813-523-4937
Facsimile: 813-377-3505
kmarsh@grsm.com
fgude@grsm.com
TampaPleadings@grsm.com
and
Scott L. Schmookler, Esq.
Sarah Riedl Clark, Esq.
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: 312-980-6779
sschmookler@grsm.com
srclark@grsm.com

*Counsel for Federal Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Jason S. Mazer, Esq.
Florida Bar No. 0149871
Joshua R. Alhalel, Esq.
Florida Bar No.  0016320
**CIMO MAZER MARK PLLC**
100 Southeast Second Street, Suite 3650
Miami, Florida  33131
Telephone: (305) 374-6481
Fax: (305)  374-6488
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com

*Counsel for Raymond James Financial, Inc.*

Dustin C. Blumenthal, Esq.
Goldberg Segalla LLP
222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
dblumenthal@goldbergsegalla.com
lparker@goldbergsegalla.com
*Attorney for Defendant, Great American Insurance Company*

Stephen N. Dratch, Esq.
Franzblau Dratch, P.C.
354 Eisenhower Pkwy., Plaza One
P.O. Box 472
Livingston, NJ  07039
sdratch@njcounsel.com
*Co-Counsel for Defendant, Great American Insurance Company*

Ryan J. Weeks, Esq.
Mills Pasckert Divers
100 N. Tampa St., Suite 3700
Tampa, FL  33602
smills@mpdlegal.com
rweeks@mpdlegal.com
csoltis@mpdlegal.com
*Attorney for Defendant, Travelers Casualty and Surety Company of America*

James Miller Kaplan, Esq.
Kaplan Zeena LLP
2 S. Biscayne Blvd., Suite 3050
Miami, FL  33131
james.kaplan@kaplanzeena.com
Elizabeth.salom@kaplanzeena.com
Service@kaplanzeena.com
*Attorney for Defendant, Beazley Insurance Company, Inc.*

Michael Keeley, Esq.
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX  75202-3794
mkeeley@clarkhill.com
jriddle@clarkhill.com
abrinkley@clarkhill.com
*Co-Counsel for Defendant, Beazley Insurance Company, Inc.*

GORDON & REES, LLP

***s/Kristina L. Marsh***
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Primary: kmarsh@grsm.com
Secondary: fgude@grsm.com
Secondary: TampaPleadings@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-523-4937
Facsimile: 813-377-3505

Scott L. Schmookler, Esquire
Sarah R. Clark, Esquire
Primary: sschmookler@grsm.com
Primary: srclark@grsm.com
1 N. Franklin, Suite 800
Chicago, IL 60606
Telephone: (312) 565-1400
Facsimile: (312) 565-6511

*Attorneys for Defendant,*
***Federal Insurance Company***