UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 20-21707-CV-MARTINEZ

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.;
and ST. PAUL MERCURY INSURANCE
COMPANY,

    Defendants.

**PLAINTIFF RAYMOND JAMES FINANCIAL, INC.'S REPLY IN FURTHER
SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
DEFENDANT GREAT AMERICAN INSURANCE COMPANY**

Plaintiff, Raymond James Financial, Inc. ("Raymond James"), by and through undersigned counsel, files this reply in further support of its Motion for Partial Summary Judgment against Defendant Great American Insurance Company, Inc. (the "Motion") [ECF No. 125], and states:

In its Response to the Motion, GAIC has withdrawn its Seventeenth, Eighteenth and Twentieth Affirmative Defenses. [ECF No. 147]. Notwithstanding this withdrawal, the Court may still grant summary judgment in favor of Raymond James on these defenses. *See Rios v. State Farm Mut. Auto. Ins. Co.*, No. 11-80571-CIV, 2012 WL 3230431, at *2-3 (S.D. Fla. Aug. 6, 2012) (granting plaintiff's motion for partial summary judgment even after defendant agreed to withdraw affirmative defenses in its response). Alternatively, if the Court denies the Motion as moot, GAIC should be prohibited from introducing any evidence in support of these withdrawn defenses at trial. *See FDIC v. Loudermilk*, No. 1:12-CV-4156-TWT, 2016 WL 7334643, at *2 (N.D. Ga. Oct.

5, 2016) (denying motion for summary judgment as moot in light of withdrawn defenses but including in order that "Defendants will be prohibited from presenting evidence as to the withdrawn affirmative defenses at trial").

As to GAIC's Third Affirmative Defense, Raymond James has been clear from the outset that it was seeking only the $60 million "single loss" limit of liability under the Bonds. Indeed, the very first sentence of the original Complaint and First Amended Complaint could not be clearer: "This is an action for breach of contract against the Insurers that promised a $60 million tower of 'single' loss employee fidelity coverage . . . ." [ECF No. 1 at ¶ 1; ECF No. 39 at ¶ 1; *see also* ECF No. 126 at Ex. A, Resp. No. 3]. Therefore, the aggregate limit of liability is completely inapplicable.

Finally, as to GAIC's Thirteenth Affirmative Defense, Raymond James has never indicated an intention to seek the recovery of fees and costs it incurred in the underlying lawsuits against Raymond James and Burstein. Rather, it has always claimed to be seeking to recover attorneys' fees and costs in this action pursuant to Fla. Stat. § 627.428. *See* [ECF No. 39; ECF No. 126 at Ex. 4, Resp. No. 3]. In the event Raymond James prevails against GAIC, an award of fees under Fla. Stat. § 627.428 "is a mandatory, non-discretionary requirement of law." *Sanchez v. AN Luxury Imports of Pembroke Pines, Inc.*, 216 So. 3d 723, 730 (Fla. Dist. Ct. App. 2017). However, Raymond James agrees that its entitlement to attorneys' fees and costs can be dealt with after trial.

WHEREFORE, Raymond James respectfully requests that the Court grant Raymond James' Motion for Partial Summary Judgment Against Defendant Great American Insurance Company [ECF No. 125] and grant such other and further relief as the Court deems just and proper.

Date:  August 20, 2021                    Respectfully submitted,

                                                                           */s/ Jason S. Mazer*
Jason S. Mazer, Esq.
Florida Bar No. 0149871
Joshua R. Alhalel, Esq.
Florida Bar No.  0016320
**CIMO MAZER MARK PLLC**
100 Southeast Second Street, Suite 3650
Miami, Florida  33131
Telephone: (305) 374-6481
Fax: (305)  374-6488
jmazer@cmmlawgroup.com
jalhalel@cmmlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, 2021, I electronically filed this Reply with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on parties listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                           */s/ Jason S. Mazer*

**SERVICE LIST**

| | |
|---|---|
| Kristina L. Marsh, Esq.<br>Florida Bar No. 0311080<br>**GORDON REES SCULLY MANSUKHANI**<br>601 S. Harbor Island Blvd., Suite 109<br>Tampa, FL  33602<br>Telephone (Main):  813-444-9700<br>Telephone (Direct)  813-523-4937<br>Facsimile:   813-377-3505<br>kmarsh@grsm.com<br>afiorito@grsm.com<br>cflores@grsm.com<br>fgude@grsm.com<br>kwatson@grsm.com<br>Tampapleadings@grsm.com<br><br>and<br><br>Scott L. Schmookler, Esq.<br>Sarah Riedl Clark, Esq.<br>Chantal Christine Wonder, Esq.<br>Angel Lewosz, Esq.<br>**GORDON REES SCULLY MANSUKHANI**<br>One North Franklin, Suite 800<br>Chicago, IL  60606<br>Telephone:  312-980-6779<br>sschmookler@grsm.com<br>srclark@grsm.com<br>cwonder@grsm.com<br>aruff@grsm.com<br>alewosz@grsm.com<br><br>*Counsel for Federal Insurance Company* | James M. Kaplan, Esq.<br>Florida Bar No. 921040<br>**KAPLAN ZEENA LLP**<br>2 South Biscayne Boulevard, Suite 3050<br>Miami, Florida  33131<br>Telephone: (305)  530-0800<br>Facsimile: (305)  530-0801<br>James.kaplan@kaplanzeena.com<br>Elizabeth.salom@kaplanzeena.com<br>service@kaplanzeena.com<br>and<br>Michael Keeley, Esq.<br>John R. Riddle, Esq.<br>**Clark Hill Strasburger**<br>901 Main Street, Suite 6000<br>Dallas, Texas  75202-3794<br>Telelphone:  (214)  651-4718<br>Facsimile:   (214) 659-4121<br>mkeeley@clarkhill.com<br>jriddle@clarkhill.com<br><br>*Counsel for Beazley Insurance Company, Inc.* |

| | |
|---|---|
| E.A. "Seth" Mills, Jr., Esq.<br>Florida Bar No. 339652<br>Ryan J. Weeks, Esq.<br>Florida Bar No.  5 7 8 9 7<br>**MILLS PASKERT DIVERS**<br>100 N. Tampa Street, Suite 3700<br>Telephone: (813) 229-3500<br>Facsimile: (813) 229-3502<br>smills@mpdlegal.com<br>rweeks@mpdlegal.com<br>csoltis@mpdlegal.com<br><br>*Counsel for Travelers Casualty and Surety Company of America* | Dustin C. Blumenthal<br>Florida Bar No. 0149871<br>**Goldberg Segalla**<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL  33401<br>Telephone: (561)  618-4485<br>Facsimile:  (561)  618-4549<br>dblumenthal@goldbergsegalla.com<br>lparker@goldbergsegalla.com<br>and<br><br>Stephen N. Dratch, Esq.<br>Julian Wilsey, Esq.<br>**Franzblau Dratch, P.C.**<br>354 Eisenhower Parkway<br>Livingston, New Jersey  07039<br>Telephone:  (973) 992-3700<br>sdratch@njcounsel.com<br>jwilsey@njcounsel.com<br>*Counsel for Great American Insurance Company* |