UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:20-cv-21707-MARTINEZ/BECERRA

RAYMOND JAMES FINANCIAL, INC.,

 Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.;
and ST. PAUL MERCURY INSURANCE
COMPANY,

 Defendants.

**PLAINTIFF RAYMOND JAMES FINANCIAL, INC.'S NOTICE OF
FILING OPPOSING STATEMENT OF MATERIAL FACTS TO
DEFENDANTS' STATEMENT OF MATERIAL FACTS IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT [ECF NO. 130] AND
ADDITIONAL STATEMENT OF MATERIAL FACTS**

 Plaintiff, Raymond James Financial, Inc. ("Raymond James" or "RJ"), hereby gives notice of filing its Opposing Statement of Material Facts to Defendants' Statement of Material Facts in Support of the Motion for Summary Judgment [ECF NO. 130] and Statement of Additional Facts [DE 130 Sealed until further Court Order], attached as Exhibit A.

Date:  August 27, 2021         Respectfully submitted,

                 */s/ Jason S. Mazer*
                 Jason S. Mazer, Esq.
                 Florida Bar No. 0149871
                 Joshua R. Alhalel, Esq.
                 Florida Bar No.  0016320
                 **CIMO MAZER MARK PLLC**
                 100 Southeast Second Street, Suite 3650
                 Miami, Florida  33131

                                        Telephone: (305) 374-6481
                                        Fax: (305) 374-6488
                                        jmazer@cmmlawgroup.com
                                        jalhalel@cmmlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2021, I electronically filed the foregoing Notice of Filing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on parties listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    */s/ Jason S. Mazer*

## SERVICE LIST

| | |
|---|---|
| Kristina L. Marsh, Esq.<br>Florida Bar No. 0311080<br>**GORDON REES SCULLY MANSUKHANI**<br>601 S. Harbor Island Blvd., Suite 109<br>Tampa, FL  33602<br>Telephone (Main):  813-444-9700<br>Telephone (Direct)  813-523-4937<br>Facsimile:   813-377-3505<br>kmarsh@grsm.com<br>afiorito@grsm.com<br>cflores@grsm.com<br>fgude@grsm.com<br>kwatson@grsm.com<br>Tampapleadings@grsm.com<br><br>and<br><br>Scott L. Schmookler, Esq.<br>Sarah Riedl Clark, Esq.<br>Chantal Christine Wonder, Esq.<br>Angel Lewosz, Esq.<br>**GORDON REES SCULLY MANSUKHANI**<br>One North Franklin, Suite 800<br>Chicago, IL  60606<br>Telephone:  312-980-6779<br>sschmookler@grsm.com<br>srclark@grsm.com<br>cwonder@grsm.com<br>aruff@grsm.com<br>alewosz@grsm.com<br><br>*Counsel for Federal Insurance Company* | James M. Kaplan, Esq.<br>Florida Bar No. 921040<br>**KAPLAN ZEENA LLP**<br>2 South Biscayne Boulevard, Suite 3050<br>Miami, Florida  33131<br>Telephone: (305)  530-0800<br>Facsimile: (305)  530-0801<br>James.kaplan@kaplanzeena.com<br>Elizabeth.salom@kaplanzeena.com<br>service@kaplanzeena.com<br>and<br>Michael Keeley, Esq.<br>John R. Riddle, Esq.<br>**CLARK HILL STRASBURGER**<br>901 Main Street, Suite 6000<br>Dallas, Texas  75202-3794<br>Telelphone:  (214)  651-4718<br>Facsimile:   (214) 659-4121<br>mkeeley@clarkhill.com<br>jriddle@clarkhill.com<br><br>*Counsel for Beazley Insurance Company, Inc.* |
| E.A. "Seth" Mills, Jr., Esq.<br>Florida Bar No. 339652<br>Ryan J. Weeks, Esq.<br>Florida Bar No.  5 7 8 9 7<br>**MILLS PASKERT DIVERS**<br>100 N. Tampa Street, Suite 3700<br>Telephone: (813) 229-3500<br>Facsimile: (813) 229-3502<br>smills@mpdlegal.com | Dustin C. Blumenthal<br>Florida Bar No. 0149871<br>**GOLDBERG SEGALLA**<br>222 Lakeview Avenue, Suite 800<br>West Palm Beach, FL  33401<br>Telephone: (561)  618-4485<br>Facsimile:  (561)  618-4549<br>dblumenthal@goldbergsegalla.com<br>lparker@goldbergsegalla.com |

| | |
|---|---|
| rweeks@mpdlegal.com<br>csoltis@mpdlegal.com<br><br>*Counsel for Travelers Casualty and Surety Company of America* | and<br><br>Stephen N. Dratch, Esq.<br>Julian Wilsey, Esq.<br>**FRANZBLAU DRATCH, P.C.**<br>354 Eisenhower Parkway<br>Livingston, New Jersey  07039<br>Telephone:  (973) 992-3700<br>sdratch@njcounsel.com<br>jwilsey@njcounsel.com<br>*Counsel for Great American Insurance Company* |