# EXHIBIT 1

**File Note Title:** Insd Status Update
**Create Date:** 1/12/2017 1:37 PM
**Author:** KENNETH WEST
**File Note Text:**
File Note Created By: Kenneth M. West
Date File Note Created: 1/12/2017 1:37:17 PM
Date Email Received From Sender: 8/31/2016 10:43:01 AM
Email Sent From: Mark.Brumley@RaymondJames.com
Email Sent To: Kalin,Matthew C; O'Brien,Jason; Victor,Sanford L; Archbold,Tracey; 'kwest@chubb.com'
Email Copied To: 'heather.knable@raymondjames.com'; 'brad.touhey@raymondjames.com'; Cardona,Maria E; Guillet,Kevin; Mastrapasqua,Claudia; Erwin,Colleen
Subject: RE: RAYMOND JAMES - DECCACHE MATTER MARSH FILE NO. 16NYC_197305

Hello Matt,

After the conference call we had on June 30th, we found out that the court case that would help clarify how all the separate cases would be handled moving forward was going to take place at the beginning of August. I reached out to Mike Alford and he provided an update for me that I want to share.

There were 4 separate class action suits prior to August. The plaintiff's counsel for those 4 suits got together and agreed to move forward with one class action suit. This will be the original Deccache complaint. The other 3 were voluntarily dismissed and then included in an amended complaint for Deccache.

There were 6 separate arbitration complaints filed prior to August. The defense went to FINRA with the court order preventing other forums. FINRA has stayed these 6 arbitrations pending the outcome of the class action case.

There were 3 State Court litigations prior to August. The defense is in the process of having the courts stay these cases pending the outcome of Deccache, which we feel confident will happen.

A fourth State Court action (VT) just came in from plaintiffs (Wei) during a period that RJ was not involved. We will be filing a motion to dismiss RJ and feel confident this will go through. I can forward this complaint to you if you want to see this.

To reiterate, RJ does not feel that the broker/dealer, the branch manager or the financial advisor participated in the alleged fraud in the complaints. However, RJ wants to make sure it does everything it needs to do to retain its rights under the

policies. Hopefully, this information will be helpful. If you have any questions or need additional information, please let me know.

Mark Brumley

Manager Professional Liability

RJF Operational Risk Management

Raymond James Financial, Inc.

T. (727) 567-3738 // F. (844) 262-4646

880 Carillon Parkway, St. Petersburg, FL 33716

From: Kalin,Matthew C [mailto:MKALIN@travelers.com]
Sent: Tuesday, August 30, 2016 9:28 PM
To: O'Brien, Jason <JO'Brien@wileyrein.com>; Victor, Sanford L <Sanford.L.Victor@marsh.com>; Archbold, Tracey <tarchbold@GAIG.COM>; 'kwest@chubb.com'
Cc: 'mark.brumley@raymondjames.com'; 'heather.knable@raymondjames.com'; 'brad.touhey@raymondjames.com'; Cardona, Maria E <Maria.E.Cardona@marsh.com>; Guillet, Kevin <Kevin.Guillet@marsh.com>; Mastrapasqua, Claudia <Claudia.Mastrapasqua@marsh.com>; Erwin, Colleen <Colleen.Erwin@marsh.com>; Kalin,Matthew C <MKALIN@travelers.com>
Subject: RE: RAYMOND JAMES - DECCACHE MATTER MARSH FILE NO. 16NYC_197305

Good evening:

When we spoke in late June, the prediction was that these matters would end up in the MDL in Florida, and that Raymond James would have to respond to the complaints around the end of August. I am wondering if there is an available update. Please let me know when you have a moment. Thank you.

Regards,

Matt

Matthew C. Kalin, Esq. | Claim Counsel | Bond & Specialty Insurance

Travelers

350 Granite Street | Suite 1201

Braintree, MA 02184-3905

W: 781.817.8440 F: 855.303.8837 C: 617.721.6625

From: O'Brien, Jason [mailto:JO'Brien@wileyrein.com]
Sent: Friday, July 01, 2016 1:02 PM
To: Victor, Sanford L <Sanford.L.Victor@marsh.com <mailto:Sanford.L.Victor@marsh.com> >; Archbold, Tracey <tarchbold@GAIG.COM <mailto:tarchbold@GAIG.COM> >; 'mkalin@travelers.com'; 'jobrien@wileyrein.com'; 'kwest@chubb.com'
Cc: 'mark.brumley@raymondjames.com'; 'heather.knable@raymondjames.com'; 'brad.touhey@raymondjames.com'; Cardona, Maria E <Maria.E.Cardona@marsh.com <mailto:Maria.E.Cardona@marsh.com> >; Guillet, Kevin <Kevin.Guillet@marsh.com <mailto:Kevin.Guillet@marsh.com> >; Mastrapasqua, Claudia <Claudia.Mastrapasqua@marsh.com <mailto:Claudia.Mastrapasqua@marsh.com> >; Erwin, Colleen <Colleen.Erwin@marsh.com <mailto:Colleen.Erwin@marsh.com> >; Katherine.Vierkorn@beazley.com <mailto:Katherine.Vierkorn@beazley.com> ; Platt, Leslie <LPlatt@wileyrein.com <mailto:LPlatt@wileyrein.com> >
Subject: RE: RAYMOND JAMES - DECCACHE MATTER MARSH FILE NO. 16NYC_197305

Sandy and Mark,

Thank you both for your time yesterday afternoon. We have received all of the eleven complaints / statements of claim.

Beazley understands that the matter has been reported as a notice of potential loss only. Please continue to keep us apprised of developments in the various pending matters. In the interim, Beazley continues to reserve all rights under its primary and excess bonds.

Thanks,

Jason

Jason O'Brien | Attorney at Law
Wiley Rein LLP
1776 K Street NW | Washington, DC 20006
T: 202.719.7464 | JO'Brien@wileyrein.com
www.wileyrein.com <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.wileyrein.com&d=CwMFAg&c=dqndFQAGz2cg7ln6ll1EqkpBLZllP_GH8-2iqGbTww0&r=p2ims5TjcDRuKsl343xXP-3EQvWCc4jDa-DxgmnGdcI&m=lDDbPck-6DghLT-Mz1Xn1usC6Zt_yMo1GMalhNeu3ic&s=gV_wjSkeybCeWmumduTa8GKxRTMH13Z61ivgRUel-l0&e=> | Bio <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.wileyrein.com_professionals-2DJasonOBrien.html&d=CwMFAg&c=dqndFQAGz2cg7ln6ll1EqkpBLZllP_GH8-2iqGbTww0&r=p2ims5TjcDRuKsl343xXP-3EQvWCc4jDa-DxgmnGdcI&m=lDDbPck-6DghLT-Mz1Xn1usC6Zt_yMo1GMalhNeu3ic&s=zPZU5-Ez0e2bJgMu5_5iAV4N9x_aUh-2e4anmJVhy_8&e=> | LinkedIn <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.linkedin.com_in_jason-2Do-2Dbrien-2D5472b933&d=CwMFAg&c=dqndFQAGz2cg7ln6ll1EqkpBLZllP_GH8-2iqGbTww0&r=p2ims5TjcDRuKsl343xXP-3EQvWCc4jDa-DxgmnGdcI&m=lDDbPck-6DghLT-Mz1Xn1usC6Zt_yMo1GMalhNeu3ic&s=k9k2f-vT2zj9ZkTMkvDoZiyPrXVxCNc-zXhNsYvzxdM&e=> | Twitter <https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_WileyRein&d=CwMFAg&c=dqndFQAGz2cg7ln6ll1EqkpBLZllP_GH8-2iqGbTww0&r=p2ims5TjcDRuKsl343xXP-3EQvWCc4jDa-DxgmnGdcI&m=lDDbPck-6DghLT-Mz1Xn1usC6Zt_yMo1GMalhNeu3ic&s=U9LEH6EUgrqKWkACD7RSZGOBZCGd0Dd36CTfTCJaNIQ&e=> | Executive Summary Blog <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.executivesummaryblog.com_&d=CwMFAg&c=dqndFQAGz2cg7ln6ll1EqkpBLZllP_GH8-2iqGbTww0&r=p2ims5TjcDRuKsl343xXP-3EQvWCc4jDa-DxgmnGdcI&m=lDDbPck-6DghLT-Mz1Xn1usC6Zt_yMo1GMalhNeu3ic&s=XSmCNpqZFS1BLce8UxRHIuG4a28udtV9z-qyD_iy0A4&e=>

From: Victor, Sanford L [mailto:Sanford.L.Victor@marsh.com]
Sent: Thursday, June 30, 2016 4:17 PM
To: Archbold, Tracey; 'mkalin@travelers.com'; 'jobrien@wileyrein.com'; 'kwest@chubb.com'

Cc: 'mark.brumley@raymondjames.com'; 'heather.knable@raymondjames.com'; 'brad.touhey@raymondjames.com'; Cardona, Maria E; Guillet, Kevin; Mastrapasqua, Claudia; Erwin, Colleen
Subject: RAYMOND JAMES - DECCACHE MATTER MARSH FILE NO. 16NYC_197305

Tracey, Matt, Jason and Ken,

Further to the just concluded conference call, here is the list of the eleven matters for which you should have the complaint or arbitration demand. If you are missing anything, please let me know.

1. Calero
2. Citakovic
3. Deccache
4. Duarte
5. Duthoit
6. Goldberg
7. Lanctot
8. Price
9. Sanchez
10. Shaw
11. Waters

Sandy

Sanford Victor

Senior Vice President

Marsh/FINPRO

1166 Avenue of the Americas

New York, New York 10036

Office: 212-345-9099

Fax: 212-345-3706

Mobile: 646-873-0468

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com <mailto:Information@wileyrein.com> .

<mailto:information@wileyrein.com>

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

TRVDiscDefault::1201