# EXHIBIT 7

Page 1

1    RAYMOND JAMES,        *   IN THE

2    FINANCIAL, INC.,      *   UNITED STATES

3           Plaintiff,     *   DISTRICT COURT

4    vs.                   *   SOUTHERN DISTRICT

5    FEDERAL INSURANCE,    *   OF FLORIDA

6    COMPANY, et al,       *   CASE NUMBER:

7           Defendants.    *   20-21707-CV-MARTINEZ

8                        *    *    *

9    VIRTUAL DEPOSITION OF:

10                   JORGE BAEZ,

11   was held on Tuesday, June 29, 2021,

12   commencing at 10:35 a.m., via Zoom

13   Videoconferencing, transcribed by Brenda

14   Staley.

15                   *    *    *

16

17

18

19

20

21   Job No. CS4675089

1          A.     Is that the same as a fidelity

2     bond as it's referred to?

3          Q.     Well, what -- the insurance

4     policy at issue in this case a financial

5     institution bond.  Do you have any

6     experience with financial institution bonds?

7          A.     No, I have not seen these types

8     of bonds before.

9          Q.     Do you have any experience prior

10    to this case with fidelity bonds?

11         A.     No.

12         Q.     Do you have any knowledge or

13    experience as to how a loss covered under a

14    fidelity bond must be valued?

15         A.     No.

16         Q.     Do you have any experience as to

17    how a loss covered under a financial

18    institution bond must be valued?

19         A.     I have a general understanding of

20    how that works, but I have not worked on a

21    case like this before regarding a financial

1       limited partnership funds by Mr. Quiros for

2       his own personal benefit and how that whole

3       flow happened and how Raymond James was

4       central to that.

5            Q.    I didn't ask that.  Did you

6       understand my question as it was asked?

7            A.    Yes, and I answered it to the

8       best of my ability.

9            Q.    Did you limit your analysis to

10      money taken while on deposit at Raymond

11      James?  It's a yes or no.

12               MR. ALHALEL:  Form.

13           A.    I think my analysis is tracing

14      the whole flow of funds.  I don't know how

15      to answer it differently.

16           Q.    Okay.  When you say the whole

17      flow of funds, you agree with me that the

18      whole flow of funds involves deposits at

19      lots of different financial institutions,

20      correct?

21           A.    Yes.

Page 46

1          Q.    You agree with me there were

2    deposits at People's United Bank, correct?

3          A.    Yes.

4          Q.    You agree with me there were

5    deposits at HSBC, correct?

6          A.    Yes.

7          Q.    You agree with me there were

8    deposits at Chase, correct?

9          A.    Yes.

10         Q.    You agree with me there were

11   deposits at Citibank, correct?

12         A.    Yes.

13         Q.    And you agree with me that there

14   were deposits at Raymond James, correct?

15         A.    Yes.

16         Q.    And your tracing of funds did not

17   limit itself to monies taken while at

18   Raymond James but instead encompassed all

19   transactions at all those financial

20   institutions, correct?

21               MR. ALHALEL:  Object to form.

Page 53

```
 1              So, my question is -- and I'll

 2      move to strike that myself.  My question is

 3      this:

 4              In the context of your analysis

 5      in this case, is it true that you did not

 6      limit your analysis to funds that were

 7      diverted from a partnership account at

 8      Raymond James to a non-partnership account

 9      wherever?

10              MR. ALHALEL:  Form.

11          A.    I'll give you the same answer.

12      As an economist, I don't think that doing

13      that exercise would be useful to

14      understanding how the flow of funds worked.

15              MR. RIDDLE:  Objection;

16      nonresponsive.

17          Q.    Sir, do you understand my

18      question?

19          A.    Yes.

20          Q.    Are you able to answer it whether

21      you think it useful or not?
```