# EXHIBIT 2

| Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPD_00000602 | MPD_00000603 | | | 6/25/18 9:26 | Raymond James Financial, Inc. -: | [redacted].docx | Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Sarah Riedl | Email converying redline version of Proposed Letter Requesting Additional Materials from Raymond James. | Withhold - Privileged | Attorney Client Communication |
| MPD_00000615 | MPD_00000616 | | | 6/25/18 10:31 | RE: Raymond James Financial, Inc. -: | [redacted].docx | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com); Kalin,Matthew C (mkalin@travelers.com) | Sarah Riedl | Email regarding draft letter requesting documents from Raymond James. | Withhold - Privileged | Attorney Client Communication |
| MPD_00000637 | | TRAVELERS_00005073 | TRAVELERS_00005076 | 12/18/18 16:11 | RE: Raymond James Financial, Inc. -: Raymond James: Proposed ESI Searches | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | | Email discussing Schmookler's proposed ESI searches. | Produce - with Redactions | Attorney Client Communication |
| MPD_00000635 | MPD_00000636 | TRAVELERS_00005067 | TRAVELERS_00005072 | 1/31/19 12:26 | RE: Raymond James Financial, Inc. -: Raymond James: Draft Letter with Requests | (MPD Redline) Letter to Raymond James re Additional Documents Requested ….docx | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | | Email attaching MPD redlined version of Schmookler's revised draft letter to Raymond James requesting additional information. | Produce - with Redactions | Attorney Client Communication |