UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-CV-21707-JEM

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA;
GREAT AMERICAN INSURANCE
COMPANY; BEAZLEY INSURANCE
COMPANY, INC.; and ST. PAUL MERCURY
INSURANCE COMPANY,

    Defendants.
_____/

**DEFENDANTS, TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA'S AND ST. PAUL
<u>MERCURY INSURANCE COMPANY'S NOTICE OF FILING</u>**

    Defendants TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and ST. PAUL MERCURY INSURANCE COMPANY hereby refile Exhibits 2 through 7, previously filed as exhibits to Defendants' Response in Opposition to Plaintiff's Motion to Compel Documents and Associated Testimony from Defendants and Supporting Memorandum of Law (Doc. 173; Exhibits previously filed as Docs. 173-2 through 173-7), to add sequential document numbering for the list of documents claimed as privileged, as instructed by Magistrate Judge Becerra at the January 25, 2022 hearing.

Dated: January 31, 2022               MILLS LAW GROUP

                                                        */s/ E.A. "Seth" Mills, Jr.*
E.A. "Seth" Mills, Jr., Esq.
Florida Bar No. 339652
smills@mills-legal.com
Keith Lichtman, Esq.
Florida Bar No. 0658995
klichtman@mills-legal.com
Secondary: csoltis@mills-legal.com
Secondary: bmcdonald@mills-legal.com
Telephone: (813) 923-1502
*Attorneys for Travelers Casualty and Surety Company of America and St. Paul Mercury Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmissions of Notices of Electronic Filing generated by CM/ECF.

                                                        */s/ E.A. "Seth" Mills, Jr.*
Attorney

# EXHIBIT 2

| Reference Number | Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MPD_00000602 | MPD_00000603 | | | 6/25/18 9:26 | Raymond James Financial, Inc. -: | [redacted].docx | Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Sarah Riedl | Email converying redline version of Proposed Letter Requesting Additional Materials from Raymond James. | Withhold - Privileged | Attorney Client Communication |
| 2 | MPD_00000615 | MPD_00000616 | | | 6/25/18 10:31 | RE: Raymond James Financial, Inc. -: | [redacted].docx | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Seth Mills (smills@mpdlegal.com) | Ryan J. Weeks (rweeks@mpdlegal.com); Kalin,Matthew C (mkalin@travelers.com) | Sarah Riedl | Email regarding draft letter requesting documents from Raymond James. | Withhold - Privileged | Attorney Client Communication |
| 3 | MPD_00000637 | | TRAVELERS_00005073 | TRAVELERS_00005076 | 12/18/18 16:11 | RE: Raymond James Financial, Inc. -: Raymond James: Proposed ESI Searches | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | | Email discussing Schmookler's proposed ESI searches. | Produce - with Redactions | Attorney Client Communication |
| 4 | MPD_00000635 | MPD_00000636 | TRAVELERS_00005067 | TRAVELERS_00005072 | 1/31/19 12:26 | RE: Raymond James Financial, Inc. -: Raymond James: Draft Letter with Requests | (MPD Redline) Letter to Raymond James re Additional Documents Requested ....docx | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | | Email attaching MPD redlined version of Schmookler's revised draft letter to Raymond James requesting additional information. | Produce - with Redactions | Attorney Client Communication |

# EXHIBIT 3

| Reference Number | Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MPD_00000042 | MPD_00000043; MPD_00000044 | | | 5/29/18 19:59 | Raymond James | [redacted] | Kalin,Matthew C (mkalin@travelers.com) | bheld@mpdlegal.com | Kalin,Matthew C (mkalin@travelers.com) | | Email forwarding a copy of the NERA Report and Raymond James' Proof of Loss. Discussion of the SEC Federal Court Case 1:16-cv-21301 and the testimony transcripts and declarations. | Withhold - Privileged | Attorney Client Communication |
| 6 | MPD_00000168 | MPD_00000169; MPD_00000170; MPD_00000171 | | | 6/4/18 17:40 | RE: Raymond James Financial, Inc. -: Raymond James | [redacted] | Kalin,Matthew C (mkalin@travelers.com) | Brandon Held (bheld@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email providing the Chubb Primary Bond and Travelers' Excess Bond. | Withhold - Privileged | Attorney Client Communication |
| 7 | MPD_00000051 | MPD_00000052 | | | 6/8/18 10:18 | RE: Raymond James | [redacted] | Kalin,Matthew C (mkalin@travelers.com) | bheld@mpdlegal.com | Kalin,Matthew C (mkalin@travelers.com) | | Email providing a copy of the Joel Burstein SEC depo that was filed as part of a filing in the SEC Federal Court Case 1:16-cv-21301. | Withhold - Privileged | Attorney Client Communication |
| 8 | MPD_00000664 | | TRAVELERS_00005120 | TRAVELERS_00005121 | 10/15/18 9:34 | FW: Raymond James | | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | | Email regarding requests for additional information from Raymond James. | Produce - with Redactions | Attorney Client Communication |
| 9 | MPD_00000663 | | TRAVELERS_00005117 | TRAVELERS_00005119 | 12/23/18 12:29 | FW: Raymond James: ESI Searches | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Kalin,Matthew C (mkalin@travelers.com) | | Email regarding ESI searches. | Produce - with Redactions | Attorney Client Communication |

# EXHIBIT 4

| Reference Number | Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MPD_00000678 | MPD_00000679 | TRAVELERS_00005168 | TRAVELERS_00005170 | 5/22/19 13:53 | FW: [External] FW: Raymond James | Letter to Mr. Schmookler and Ms. Riedl 05-22-2019.pdf | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | | Email attaching a letter regarding Raymond James' supplemental production. | Produce - with Redactions | Attorney Client Communication |
| 11 | MPD_00000680 | MPD_00000681 | TRAVELERS_00005171 | TRAVELERS_00005180 | 7/25/19 15:12 | FW: [External] FW: Raymond James - Organizational Charts | Raymond James Organization Charts.pdf | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Colette Carlisle | Email attaching Raymond James' Organizational Charts. | Produce - with Redactions | Attorney Client Communication |
| 12 | MPD_00000012 | MPD_00000013 | | | 10/1/19 16:52 | [External] FW: Raymond James Financial, Inc. -: Raymond James | [External] FW: Raymond James Financial, Inc. -: Raymond James | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing September 30, 2019 letter that Scott Schmooker sent to Jason Mazer. | Withhold - Privileged | Attorney Client Communication |
| 13 | MPD_00000018 | MPD_00000019; MPD_00000020; MPD_00000021 | | | 12/30/19 8:36 | [External] FW: Raymond James Financial, Inc. -: Raymond James | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email forwarding communication from Jason Mazer regarding additional document production. | Withhold - Privileged | Attorney Client Communication |
| 14 | MPD_00000024 | MPD_00000025 | | | 2/20/20 9:21 | [External] FW: Raymond James Financial, Inc. -: Raymond James: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Cheryl L. Soltis (csoltis@mpdlegal.com) | | Email regarding Jason Mazer's February 19, 2020 letter. | Withhold - Privileged | Attorney Client Communication |
| 15 | MPD_00000160 | MPD_00000161; MPD_00000162 | | | 3/2/20 13:39 | [External] FW: Raymond James Financial, Inc. -: Raymond James - [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email regarding Jason Mazer's February 26, 2020 letter. | Withhold - Privileged | Attorney Client Communication |
| 16 | MPD_00000026 | MPD_00000027 | | | 3/9/20 14:40 | [External] FW: Raymond James Financial, Inc. -: Raymond James | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email providing Raymond James' reporting chart provided by Jason Mazer. | Withhold - Privileged | Attorney Client Communication |

# EXHIBIT 5

| Reference Number | Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | MPD_00000604 | | | | 12/20/18 10:37 | Raymond James Financial, Inc. -: Attorney-Client/Work Product Privileged | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email containing link to encrypted message.with link to MPD Memorandum. | Withhold - Privileged | Attorney Client Communication |
| 18 | MPD_00000621 | | | | 12/20/18 10:37 | [redacted] | | Ryan Weeks (mail@sf-notifications.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email regarding transmittal of documents (MPD Memorandum) via ShareFile. | Withhold - Privileged | Attorney Client Communication |
| 19 | MPD_00000620 | | | | 12/20/18 13:22 | [redacted] | | ShareFile Support (mail@sf-notifications.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email regarding ShareFile account setup for download of documents (MPD Memorandum). | Withhold - Privileged | Attorney Client Communication |
| 20 | MPD_00000079 | MPD_00000080 | | | 6/24/19 12:42 | [External] RE: Raymond James Financial, Inc. -: Raymond James | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email providing MPD's case assessment report to Travelers with MPD's thoughts on strategy for impending litigation. | Withhold - Privileged | Attorney Client Communication Attorney Work Product |
| 21 | MPD_00000009 | MPD_00000010 | | | 1/16/20 17:02 | [External] Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email regarding MPD's memorandum providing legal positions and defenses on strategy for impending litigation. | Withhold - Privileged | Attorney Client Communication Attorney Work Product |
| 22 | MPD_00000028 | MPD_00000029 | | | 3/2/20 13:44 | [External] Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email regarding MPD's memorandum providing legal positions and defenses on strategy for impending litigation. | Withhold - Privileged | Attorney Client Communication Attorney Work Product |
| 23 | MPD_00000003 | | | | 3/3/20 8:56 | | MPD Memo [redacted].docx | | | | Seth Mills | MPD's memorandum providing legal positions and defenses for impending litigation. | Withhold - Privileged | Attorney Client Communication Attorney Work Product |
| 24 | MPD_00000153 | MPD_00000154 | | | 3/22/20 14:40 | [External] Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | | Email regarding MPD's memorandum providing legal positions and defenses on strategy for impending litigation. | Withhold - Privileged | Attorney Client Communication Attorney Work Product |

# EXHIBIT 6

| Reference Number | Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | MPD_00000099 | MPD_00000100 | | | 4/16/20 16:28 | [External] FW: Raymond James Financial, Inc. -: Raymond James: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin, Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com) | | Email regarding Federal's draft common interest coverage position letter. | Withhold - Privileged | Attorney Client Communication Common Interest |
| 26 | MPD_00000586 | MPD_00000587 | | | 4/20/20 15:07 | [External] Raymond James Financial, Inc. - [redacted] | [redacted].docx | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin, Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com) | Ryan J. Weeks | Email discussing Travelers' draft Coverage Position Letter. | Withhold - Privileged | Attorney Client Communication |
| 27 | MPD_00000034 | MPD_00000035 | | | 4/20/20 17:43 | [External] FW: Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin, Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com) | | Email regarding Federal's coverage position letter. | Withhold - Privileged | Attorney Client Communication |
| 28 | MPD_00000665 | | TRAVELERS_00005122 | TRAVELERS_00005123 | 4/20/20 17:47 | RE: [External] FW: Raymond James Financial, Inc. -: Raymond James: April 20, 2020 Letter | | Kalin, Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Seth Mills (smills@mpdlegal.com); Kalin, Matthew C (mkalin@travelers.com) | | Email regarding Federal's 4-20-2020 letter and Traveler's letter. | Produce - with Redactions | Attorney Client Communication |
| 29 | MPD_00000036 | MPD_00000037 | | | 4/20/20 20:55 | [External] RE: FW: Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin, Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com) | | Email regarding Travelers' coverage position letter. | Withhold - Privileged | Attorney Client Communication Attorney Work Product |
| 30 | MPD_00000605 | | | | 6/21/18 14:14 | Raymond James Financial, Inc. -: [redacted] | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email discussing documents to request from Raymond James. | Withhold - Privileged | Attorney Client Communication |
| 31 | MPD_00000617 | | | | 6/25/18 14:50 | RE: Raymond James Financial, Inc. -: | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com) | | | Email regarding draft letter requesting documents from Raymond James. | Withhold - Privileged | Attorney Client Communication |
| 32 | MPD_00000087 | | | | 6/28/18 12:22 | RE: Raymond James: [redacted] | | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email discussing strategy for the insurer group call, the revised letter on the document requests to Raymond James, and thoughts on the draft letter. | Withhold - Privileged | Attorney Client Communication |
| 33 | MPD_00000633 | | TRAVELERS_00005062 | TRAVELERS_00005064 | 6/28/18 12:22 | RE: Raymond James: Revised Letter | | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email discussing Schmookler's revised draft letter to Raymond James requesting additional information. | Produce - with Redactions | Attorney Client Communication |
| 34 | MPD_00000101 | MPD_00000102; MPD_00000103 | | | 7/13/18 10:22 | Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing information about strategy for completing public records request to the SEC. | Withhold - Privileged | Attorney Client Communication |
| 35 | MPD_00000122 | MPD_00000123 | | | 8/6/18 11:47 | FW: Acknowledgement Letter [redacted] | [redacted] | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Seth Mills (smills@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com); Kalin,Matthew C (mkalin@travelers.com) | | Email providing the SEC's acknowledgment letter to Travelers' FOIA request. | Withhold - Privileged | Attorney Client Communication |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | MPD_00000077 | | | | 8/13/18 12:07 | RE: [redacted] | | Kalin, Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com) | | Email chain discussing strategy for the SEC's denial of Travelers' FOIA request. | Withhold - Privileged | Attorney Client Communication |
| 37 | MPD_00000666 | MPD_00000667; MPD_00000668 | TRAVELERS_00005124 | TRAVELERS_00005130 | 8/15/18 10:54 | RE: Raymond James Financial, Inc. -: 18-02717-FOIA (Jay Peak, Inc.) | (DRAFT) FOIA Appeal.docx; 18-02717-FOIA (Jay Peak, Inc.).pdf | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com) | Ryan J. Weeks; webbd | Email regarding draft SEC FOIA appeal letter. | Produce - with Redactions | Attorney Client Communication |
| 38 | MPD_00000669 | | TRAVELERS_00005131 | TRAVELERS_00005135 | 8/16/18 15:30 | RE: Raymond James Financial, Inc. -: 18-02717-FOIA (Jay Peak, Inc.) | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com); Kalin,Matthew C (mkalin@travelers.com) | | Email regarding draft SEC FOIA appeal letter. | Produce - with Redactions | Attorney Client Communication |
| 39 | MPD_00000670 | | TRAVELERS_00005136 | TRAVELERS_00005140 | 8/16/18 15:33 | RE: Raymond James Financial, Inc. -: 18-02717-FOIA (Jay Peak, Inc.) | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email regarding draft SEC FOIA appeal letter. | Produce - with Redactions | Attorney Client Communication |
| 40 | MPD_00000075 | | | | 8/16/18 16:16 | RE: Raymond James Financial, Inc. -: [redacted] | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email chain discussing the submission of the appeal to the SEC's denial of Travelers' FOIA request. | Withhold - Privileged | Attorney Client Communication |
| 41 | MPD_00000661 | MPD_00000662 | TRAVELERS_00005115 | TRAVELERS_00005116 | 8/17/18 11:04 | FW: APPEAL Acknowledgement Letter | APPEAL Acknowledgement Letter.pdf | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com); Seth Mills (smills@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com) | Kalin,Matthew C (mkalin@travelers.com) | webbd | Email regarding SEC FOIA Appeal letter. | Produce - with Redactions | Attorney Client Communication |
| 42 | MPD_00000061 | MPD_00000062 | | | 8/22/18 15:11 | FW: Raymond James: [redacted] [redacted] | | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | | Email providing Scott Schmookler's July 2, 2018 letter and information about the call with Jason Mazer. | Withhold - Privileged | Attorney Client Communication |
| 43 | MPD_00000180 | MPD_00000181 | | | 9/11/18 14:41 | RE: Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing the SEC's letter response to the Travelers' FOIA request and the 7(A) exemption. | Withhold - Privileged | Attorney Client Communication |
| 44 | MPD_00000115 | MPD_00000116 | | | 9/20/18 9:49 | RE: Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing the consent Final Judgment in the SEC's case against Joel Burstein. | Withhold - Privileged | Attorney Client Communication |
| 45 | MPD_00000619 | | | | 10/22/18 17:30 | RE: Raymond James Financial, Inc. -: [redacted] | | Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Ryan J. Weeks (rweeks@mpdlegal.com) | | Email discussing Quiros' settlement with the Receiver. | Withhold - Privileged | Attorney Client Communication |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | MPD_00000016 | | | | 11/20/18 8:38 | Raymond James | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | Email requesting status of document review. | Withhold - Privileged | Attorney Client Communication |
| 47 | MPD_00000638 | | TRAVELERS_00005077 | TRAVELERS_00005079 | 1/3/19 10:20 | RE: Raymond James Financial, Inc. -: Raymond James: Proposed ESI Searches | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Cheryl L. Soltis (csoltis@mpdlegal.com) | Email discussing Schmookler's proposed ESI searches and the upcoming 1/8/2020 meeting with insurers. | Produce - with Redactions | Attorney Client Communication |
| 48 | MPD_00000639 | | TRAVELERS_00005080 | TRAVELERS_00005083 | 1/3/19 12:36 | RE: Raymond James Financial, Inc. -: Raymond James: Proposed ESI Searches | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Cheryl L. Soltis (csoltis@mpdlegal.com) | Email discussing Schmookler's proposed ESI searches and the upcoming 1/8/2020 meeting with insurers. | Produce - with Redactions | Attorney Client Communication |
| 49 | MPD_00000628 | MPD_00000629 | TRAVELERS_00005048 | TRAVELERS_00005052 | 1/29/19 15:25 | FW: Raymond James: Draft Letter with Requests | Letter to Raymond James re Additional Documents Requested (Jan 2019)(413....docx | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Kalin,Matthew C (mkalin@travelers.com) | Email attaching and discussing Schmookler's draft letter to Raymond James requesting additional information. | Produce - with Redactions | Attorney Client Communication |
| 50 | MPD_00000634 | | TRAVELERS_00005065 | TRAVELERS_00005066 | 1/29/19 15:26 | RE: Raymond James Financial, Inc. -: Raymond James: Draft Letter with Requests | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | Email discussing Schmookler's revised draft letter to Raymond James requesting additional information. | Produce - with Redactions | Attorney Client Communication |
| 51 | MPD_00000625 | MPD_00000626 | TRAVELERS_00005043 | TRAVELERS_00005046 | 4/29/19 16:37 | FW: [External] Raymond James: Exhibit A | EXHIBIT A.pdf | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Kathleen M. Shaw | Email attaching previously omitted Exhibit A to RJ letter. | Produce - with Redactions | Attorney Client Communication |
| 52 | MPD_00000627 | | TRAVELERS_00005047 | TRAVELERS_00005047 | 4/30/19 6:48 | FW: [External] Raymond James | | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Email chain discussing Raymond James' production and the format of the production. | Produce - with Redactions | Attorney Client Communication |
| 53 | MPD_00000623 | | TRAVELERS_00005039 | TRAVELERS_00005040 | 4/30/19 8:24 | [External] RE: Raymond James Financial, Inc. -: Raymond James | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Seth Mills (smills@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | Email chain discussing Raymond James' production and the format of the production. | Produce - with Redactions | Attorney Client Communication |
| 54 | MPD_00000578 | MPD_00000579 | | | 4/30/19 10:36 | [External] Fwd: [redacted] -: | [redacted].pdf | Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Ryan J. Weeks (rweeks@mpdlegal.com); Mekler,Kevin M (kmekler@travelers.com) | | Email conveying technical aspects of document production including specifications for production.. | Withhold - Privileged | Attorney Client Communication |
| 55 | MPD_00000624 | | TRAVELERS_00005041 | TRAVELERS_00005042 | 4/30/19 10:44 | [External] RE: Raymond James Financial, Inc. -: Raymond James | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email chain discussing Raymond James' production and the format of the production. | Produce - with Redactions | Attorney Client Communication |
| 56 | MPD_00000598 | | | | 5/23/19 14:54 | [External] [redacted] | | Ryan Weeks (mail@sf-notifications.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email containing link to MPD shared folder containing various documents from RJ. | Withhold - Privileged | Attorney Client Communication |

| # | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | MPD_00000682 | MPD_00000683 | TRAVELERS_00005181 | TRAVELERS_00005188 | 9/24/19 8:35 | FW: [External] Raymond James: Follow Up Letter | 8.27.19 Letter to RJA re May and July 2019 Document Productions(47073975.1).docx | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com); Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Email discussing requests for additional information from Raymond James and Schmookler's draft letter re same. | Produce - with Redactions | Attorney Client Communication |
| 58 | MPD_00000673 | | TRAVELERS_00005147 | TRAVELERS_00005150 | 9/24/19 14:46 | [External] RE: Raymond James Financial, Inc.: USA v. Quiros - 5:19-CR-76 - : Raymond James: Follow Up Letter | | Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | Email discussing requests for additional information from Raymond James and Schmookler's draft letter re same. | Produce - with Redactions | Attorney Client Communication |
| 59 | MPD_00000690 | | TRAVELERS_00005218 | TRAVELERS_00005222 | 9/24/19 15:10 | RE: [External] RE: Raymond James Financial, Inc.: USA v. Quiros - 5:19-CR-76 - : Raymond James: Follow Up Letter | | Kalin,Matthew C (mkalin@travelers.com) | Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Kalin,Matthew C (mkalin@travelers.com) | Email discussing requests for additional information from Raymond James, Schmookler's draft letter re same, and MPD advising the parties of its involvement. | Produce - with Redactions | Attorney Client Communication |
| 60 | MPD_00000674 | | TRAVELERS_00005151 | TRAVELERS_00005155 | 9/24/19 15:16 | [External] RE: Raymond James Financial, Inc.: USA v. Quiros - 5:19-CR-76 - : Raymond James: Follow Up Letter | | Seth Mills (smills@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com) | Email discussing requests for additional information from Raymond James, Schmookler's draft letter re same, and MPD advising the parties of its involvement. | Produce - with Redactions | Attorney Client Communication |
| 61 | MPD_00000014 | | | | 10/30/19 14:25 | Raymond James | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Email inquiring about update on Raymond James' document production. | Withhold - Privileged | Attorney Client Communication |
| 62 | MPD_00000023 | | | | 2/17/20 8:29 | RayJay | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Email requesting information about status of Federal's position. | Withhold - Privileged | Attorney Client Communication |
| 63 | MPD_00000030 | MPD_00000031 | | | 3/3/20 15:46 | Voice Mail (2 minutes and 29 seconds) | 8132293500 (2 minutes and 29 seconds) Voice Mail.mp3 | 8132293500 | Kalin,Matthew C (mkalin@travelers.com) | | Voicemail from Ryan Weeks to Mr. Kalin regarding update on status of communications with Jason Mazer. | Withhold - Privileged | Attorney Client Communication |
| 64 | MPD_00000582 | | | | 3/20/20 16:36 | [External] Raymond James Financial, Inc. - : [redacted] | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email discussing anticipated completion of draft coverage letter and MPD's revised Memorandum. | Withhold - Privileged | Attorney Client Communication |

# EXHIBIT 7

| Reference Number | Control Number | Attachment Control Number(s) | Bates Begin | Bates End | Sort Date/Time | Email Subject | File Name | Email From | Email To | Email CC | Author | Brief Description | Treatment of Document | Privilege Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | MPD_00000150 | MPD_00000151 | | | 6/8/18 16:26 | RE: Raymond James Financial, Inc. -: [redacted] | [redacted] | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email exchange addressing the layers of insurance, the initial notice letter from the insurance broker, and the other insurance policies. | Withhold - Privileged | Attorney Client Communication |
| 66 | MPD_00000063 | MPD_00000064 thru MPD_00000069 | | | 6/18/18 11:55 | RE: Raymond James Financial, Inc. -: | [redacted] | Kalin,Matthew C (mkalin@travelers.com) | Brandon Held (bheld@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email addressing insurance agent's notice to Travelers and the other insurers and questions about link to Travelers' claim file documents. | Withhold - Privileged | Attorney Client Communication |
| 67 | MPD_00000049 | MPD_00000050 | | | 6/22/18 12:21 | Raymond James Financial, Inc. -: Raymond James Financial, Inc. - Claim no. T1606665 - [redacted] | [redacted] | Cheryl L. Soltis (csoltis@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | | Email providing letter about source documents MPD reviewed. | Withhold - Privileged | Attorney Client Communication |
| 68 | MPD_00000630 | MPD_00000631 | TRAVELERS_00005053 | TRAVELERS_00005057 | 6/22/18 16:46 | FW: Raymond James: Ltr requesting Documentation | Raymond James Ltr re Documentation.docx | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com); Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Sarah Riedl | Email attaching and discussing Schmookler's draft letter to Raymond James requesting additional information. | Produce - with Redactions | Attorney Client Communication |
| 69 | MPD_00000197 | | | | 7/13/18 9:47 | Raymond James Financial, Inc. -: [redacted] | | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing link to public record Jay Peak documents from the State of Vermont. | Withhold - Privileged | Attorney Client Communication |
| 70 | MPD_00000182 | MPD_00000183; MPD_00000184 | | | 9/7/18 11:41 | Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing information about the SEC filing a complaint against Joel Burstein, the related consent Final Judgment, and strategy related to SEC's denial of Travelers' FOIA request. | Withhold - Privileged | Attorney Client Communication |
| 71 | MPD_00000172 | MPD_00000173; MPD_00000174 | | | 10/22/18 16:06 | RE: Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com) | | Email providing the Receiver's Motion to Approve Settlement with Ariel Quiros and Order granting the same and discussion of settlement. | Withhold - Privileged | Attorney Client Communication |
| 72 | MPD_00000001 | | | | 11/5/18 9:36 | | 6.22.18 letter from MPD [redacted].pdf | | | | | Letter about source documents MPD reviewed located on a thumb drive. | Withhold - Privileged | Attorney Client Communication |
| 73 | MPD_00000015 | | | | 11/20/18 9:12 | RE: Raymond James Financial, Inc. -: Raymond James | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Mekler,Kevin M (kmekler@travelers.com); Seth Mills (smills@mpdlegal.com); Kalin,Matthew C (mkalin@travelers.com) | | Email exchange discussing MPD's internal impressions about the documents Raymond James produced and MPD's review and thoughts re same. | Withhold - Privileged | Attorney Client Communication |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | MPD_00000131 | MPD_00000132 thru MPD_00000139 | | | 5/23/19 9:29 | [External] Raymond James Financial, Inc. - : [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com); Mekler,Kevin M (kmekler@travelers.com) | Seth Mills (smills@mpdlegal.com) | Email regarding the indictment against Ariel Quiros and others along with MPD impressions re same. | Withhold - Privileged | Attorney Client Communication |
| 75 | MPD_00000200 | MPD_00000201 | TRAVELERS_00004844 | TRAVELERS_00004844 | 9/25/19 20:00 | [External] FW: Raymond James - Travelers | [External] FW: Raymond James - Travelers | Ryan J. Weeks <rweeks@mpdlegal.com> | "Kalin,Matthew C" <mkalin@travelers.com> | Seth Mills <smills@mpdlegal.com> | Attorney/client email communications about communications with Federal's counsel and revisions to the draft letter. | Produce - with Redactions | Attorney Client Communication |
| 76 | MPD_00000575 | | TRAVELERS_00004810 | TRAVELERS_00004812 | 2/17/20 11:22 | RE: [External] RE: FW: Raymond James Financial, Inc. -: Raymond James: Privilege Log Production | | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | Email regarding Raymond James' request for claim determination and scheduling a further telephone call on the tolling agreement. | Produce - with Redactions | Attorney Client Communication |
| 77 | MPD_00000143 | MPD_00000144 thru MPD_00000147 | | | 3/3/20 8:37 | [External] RE: Raymond James Financial, Inc. -: [redacted] | [redacted] | Ryan J. Weeks (rweeks@mpdlegal.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email regarding Raymond James' request for claim determination and scheduling a further telephone call on the tolling agreement and final coverage determination.. | Withhold - Privileged | Attorney Client Communication |
| 78 | MPD_00000695 | MPD_00000696; MPD_00000697 | TRAVELERS_00005973 | TRAVELERS_00005979 | 8/16/18 14:02 | FW: Raymond James Financial, Inc. -: 18-02717-FOIA (Jay Peak, Inc.) | (DRAFT) FOIA Appeal.docx; 18-02717-FOIA (Jay Peak, Inc.).pdf | Kalin,Matthew C (mkalin@travelers.com) | Sondak,Robyn L. (rsondak@travelers.com) | Kalin,Matthew C (mkalin@travelers.com) | Ryan J. Weeks; webbd | Email regarding draft SEC FOIA Appeal letter. | Produce - with Redactions | Attorney Client Communication; Work Product |
| 79 | MPD_00000699 | | TRAVELERS_00005985 | TRAVELERS_00005989 | 8/16/18 14:49 | RE: Raymond James Financial, Inc. -: 18-02717-FOIA (Jay Peak, Inc.) | | Sondak,Robyn L. (rsondak@travelers.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email regarding SEC FOIA Appeal letter. | Produce - with Redactions | Attorney Client Communication; Work Product |
| 80 | MPD_00000698 | | TRAVELERS_00005980 | TRAVELERS_00005984 | 8/16/18 15:13 | FW: Raymond James Financial, Inc. -: 18-02717-FOIA (Jay Peak, Inc.) | | Kalin,Matthew C (mkalin@travelers.com) | Mekler,Kevin M (kmekler@travelers.com) | Kalin,Matthew C (mkalin@travelers.com) | | Email regarding SEC FOIA Appeal letter. | Produce - with Redactions | Attorney Client Communication; Work Product |