UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-21707-JEM

RAYMOND JAMES FINANCIAL, INC.

    Plaintiff,

v.

FEDERAL INSURANCE COMPAY, et al.

    Defendants.
_____/

**DEFENDANT GREAT AMERICAN
INSURANCE COMPANY'S NOTICE OF FILING**

Defendant GREAT AMERICAN INSURANCE COMPANY hereby refiles its privilege log (previously filed at pages 91-09 of D.E. 158-1) to add sequential document numbering for the list of documents claimed as privileged or otherwise withheld, as instructed by Magistrate Judge Becerra at the January 25, 2022 hearing.  The revised privilege also adds explanatory notations.

Dated:  February 1, 2022
       West Palm Beach, Florida

                                  Respectfully submitted,

                                  */s/ Dustin C. Blumenthal*
                                  Dustin C. Blumenthal, Esq.
                                  Florida Bar No. 083799
                                  **Goldberg Segalla LLP**
                                  222 Lakeview Avenue, Suite 800
                                  West Palm Beach, FL 33401
                                  Tel:     (561) 618-4485
                                  Fax:    (561) 618-4549
                                  dblumenthal@goldbergsegalla.com
                                  ppowers@goldbergsegalla.com

                                  Stephen N. Dratch, Esq.
                                  *Admitted Pro Hac Vice*

32314649.v1

**Franzblau Dratch, P.C.**
354 Eisenhower Parkway
Livingston, NJ 07039
Tel:     (973) 992-3700
sdratch@njcounsel.com
*Counsel for Great American Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 1, 2022, I electronically filed the attached with the Clerk of Court using CM/ECF which will serve a copy on all counsel or parties of record.

*/s/ Dustin C. Blumenthal*
Dustin C. Blumenthal, Esq.

32314649.v1