**Great American Insurance Company's Privilege Log**
**Case No.: 8-20-cv-21707**

| Reference No. | Autogenerated Control Number/Bates Number[1] | Date | Document Type | Author | Recipient(s) | Privilege Basis | Narrative |
|---|---|---|---|---|---|---|---|
| 1. | 327 | 3/19/2018 | Email | Tracey Archbold | Matthew Kalin; Kenneth West; Jason O'Brien | CI | Email chain discussing legal advice relating to confidentiality agreement. |
| 2. | 432 | 3/25/2018 | Email | Matthew Kalin | Tracey Archbold; Scott Schmookler; Jason O'Brien; Kenneth West; Sarah Reidl | CI | Email chain containing legal advice relating to confidentiality agreement. |
| 3. | 303 | 3/26/2018 | Email | Tracey Archbold | Kenneth West; Scott Schmookler | AC | Discussion of potential joint representation. |
| 4. | 328 | 3/28/2018 | Email | Tracey Archbold | Matthew Kalin | CI | Email chain regarding confidentiality agreement. |

---

[1] Documents denoted with a bates stamp prefix of "GAIC", have been produced in redacted form.

| 5. | 321 | 3/27/2018 | Email | Matthew Kalin | Tracey Archbold | CI | Email chain regarding confidentiality agreement. |
|---|---|---|---|---|---|---|---|
| 6. | 130 | 3/29/2018 | Email | Scott Schmookler | Kenneth West; Jason O'Brien; Matthew Kalin; Sarah Riedl | CI | Email chain regarding confidentiality agreement. |
| 7. | 246 | 4/5/2018 | Email | Tom Maloney | Tracey Archbold; Timothy Markey; Stephen Dratch | AC | Request for legal advice regarding proof of loss. |
| 8. | 243 | 4/6/2018 | Email | Tracey Archbold | Stephen Dratch | AC | Providing information for purposes of obtaining legal advice regarding proof of loss. |
| 9. | 201 | 4/9/2018 | Email | Tracey Archbold | Stephen Dratch | AC | Providing information for purposes of obtaining legal advice regarding proof of loss. |

| 10. | 293 | 4/9/2018 | Email | Matthew Kalin | Scott Schmookler; Jason O'Brien; Stephen Dratch; Tracey Archbold; Kenneth West; Sarah Riedl | CI | | Email chain regarding confidentiality agreement. |
|---|---|---|---|---|---|---|---|---|
| 11. | 228 | 4/9/2018 | Email | Scott Schmookler | Jason O'Brien; Stephen Dratch; Tracey Archbold; Matthew Kalin; Kenneth West | CI | | Email chain regarding confidentiality agreement. |
| 12. | 260 | 4/9/2018 | Email | Tracey Archbold | Stephen Dratch | AC | | Providing information for purposes of obtaining legal advice regarding proof of loss and policy. |

3

| 13. | 192 | 4/9/2018 | Email | Tracey Archbold | Stephen Dratch | AC | Providing information for purposes of obtaining legal advice regarding proof of loss. |
|---|---|---|---|---|---|---|---|
| 14. | 269 | 4/10/2018 | Email | Stephen Dratch | Tracey Archbold | AC | Legal advice regarding proof of loss. |
| 15. | 62 | 4/10/2018 | Email | Stephen Dratch | Scott Schmookler; Jason O'Brien; Matthew Kalin; Kenneth West | CI | Email chain regarding confidentiality agreement. |
| 16. | 75 | 4/10/2018 | Email | Jason O'Brien | Scott Schmookler; Stephen Dratch; Tracey Archbold; Matthew Kalin; Sarah Riedl | CI | Email chain regarding confidentiality agreement. |

| 17. | 207 | 4/18/2018 | Email | Scott Schmookler | Matthew Kalin; Jason O'Brien; Stephen Dratch; Tracey Archbold; Kenneth West; Sarah Riedl | CI | | Email regarding confidentiality agreement. |
|-----|-----|-----------|-------|------------------|------------------------------------------------------------------------------------------|----|--|-------------------------------------------|
| 18. | 440 | 4/23/2018 | Email | Matthew Kalin | Scott Schmookler; Jason O'Brien; Stephen Dratch; Tracey Archbold; Kenneth West | CI | | Email chain regarding confidentiality agreement. |
| 19. | 482 | 4/24/2018 | Email | Jason O'Brien | Scott Schmookler; Matthew Kalin; Stephen Dratch; Tracey Archbold; Kenneth West; Sarah Riedl | CI | | Email chain regarding confidentiality agreement. |

| 20. | 2 | 5/4/2018 | Email | Tom Maloney | Tracey Archbold | AC | Discussion of legal advice received from outside counsel relating to proof of loss. |
|-----|-----|----------|-------|-------------|-----------------|-----|-----------------------------------------------------------------------------------|
| 21. | 151 | 5/22/2018 | Memorandum | Tracey Archbold | N/A | AC | Discussion of legal advice from outside counsel regarding assessment of proof of loss and insured's claim. |
| 22. | 138 | 8/22/2018 | Email | Stephen Dratch | Tracey Archbold | AC | Email containing legal advice and attaching memorandum containing legal advice regarding insured's claim and investigation. |
| 23. | 453 | 8/23/2018 | Memorandum | Stephen Dratch | File; Tracey Archbold | AC | Memorandum containing legal advice regarding insured's claim and investigation. |

| 24. | 437 | 9/7/2018 | Email | Stephen Dratch | Tracey Archbold; Tom Maloney | AC | Email attaching letter containing legal advice relating to developments relating to Joel Burstein. |
|---|---|---|---|---|---|---|---|
| 25. | 58 | 8/7/2018 | Letter | Stephen Dratch | Tracey Archbold; Tom Maloney | AC | Letter containing legal advice relating to developments with Joel Burstein. |
| 26. | 46 | 12/19/2018 | Email | Matthew Kalin | Scott Schmookler; Stephen Dratch; Tracey Archbold; Sarah Riedl; Kenneth West | CI | Discussion of proposed search terms among market counsel. |
| 27. | 146 | 12/19/2018 | Email | Tracey Archbold | Scott Schmookler; Stephen Dratch; Matthew Kalin; Sarah Riedl; Kenneth West | CI | Discussion of proposed search terms among market counsel. |

| 28. | 162 | 1/9/2019 | Email | Tracey Archbold | Stephen Dratch | AC | | Information for purposes of obtaining legal advice relating to investigation of claim. |
|-----|-----|----------|-------|-----------------|----------------|----|--|-----------------------------------------------------------------------------------------|
| 29. | 186 | 1/9/2019 | Email | Tracey Archbold | Stephen Dratch | AC | | Information for purposes of obtaining legal advice relating to investigation of claim. |
| 30. | 44 | 1/29/2019 | Email | Tracey Archbold | Stephen Dratch | AC | | Request for legal advice relating to requests for information from insured. |
| 31. | 93 | 4/29/2019 | Email | Stephen Dratch | Tracey Archbold | AC | | Forwarding communication from insured for purposes of providing legal advice. |
| 32. | 346 | 5/28/2019 | Email | Stephen Dratch | Tracey Archbold | AC | | Email forwarding article regarding Quiros indictment for purposes of providing legal advice. |

| 33. | 229 | 5/28/2019 | Email | Stephen Dratch | Tracey Archbold | AC | Email forwarding Quiros indictment for purposes of providing legal advice. |
|---|---|---|---|---|---|---|---|
| 34. | 219 | 5/29/2019 | Email | Stephen Dratch | Kenneth Colins; Tracey Archbold; Matthew Kalin; Jason O'Brien; Scott Schmookler | CI | Email conveying Quiros indictment. |
| 35. | 392 | 7/28/2019 | Email | Stephen Dratch | Tracey Archbold | AC | Forwarding information received from insured for purposes of providing legal advice. |
| 36. | 85 | 9/24/2019 | Email | Stephen Dratch | Tracey Archbold | AC | Forwarding communication from insured for purposes of providing legal advice. |

| 37. | 406 | 9/24/2019 | Email | Tracey Archbold | Stephen Dratch | AC | Providing information to counsel for purposes of obtaining legal advice relating to investigation of insured's claim. |
|-----|-----|-----------|-------|-----------------|----------------|----|-----------------------------------------------------------------------------------------------------------------------|
| 38. | 502 | 12/2/2019 | Email | Stephen Dratch | Tracey Archbold | AC | Email attaching letter containing legal advice relating to Quiros criminal case. |
| 39. | 223 | 12/2/2019 | Letter | Stephen Dratch | Tracey Archbold | AC | Legal advice relating to Quiros criminal case. |
| 40. | 276 | 12/19/2019 | Email | Stephen Dratch | Tracey Archbold | AC | Legal advice relating to investigation of insured's claim. |
| 41. | 212 | 12/24/2019 | Email | Tracey Archbold | Stephen Dratch; Daniel Lebersfeld | AC | Request for legal advice relating to insured's request for extension of tolling agreement. |

| 42. | 305 | 12/24/2019 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC | Legal advice relating to insured's request for extension of tolling agreement. |
|---|---|---|---|---|---|---|---|
| 43. | 233 | 12/24/2019 | Email | Stephen Dratch | Scott Schmookler; Tracey Archbold | CI | Discussion of consent to requested extension of tolling agreement. |
| 44. | 433 | 12/24/2019 | Email | Daniel Lebersfeld | Tracey Archbold; Stephen Dratch | AC | Legal advice relating to insured's request for extension of tolling agreement. |
| 45. | 382 | 12/26/2019 | Email | Tracey Archbold | Daniel Lebersfeld; Stephen Dratch | AC | Request for legal advice relating to insured's request for extension of tolling agreement. |

| 46. | 120 | 12/26/2019 | Email | Tracey Archbold | Daniel Lebersfeld; Stephen Dratch | AC | Request for legal advice relating to insured's request for extension of tolling agreement. |
| 47. | 176 | 2/17/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC | Forwarding information for purposes of obtaining legal advice relating to insured privilege log. |
| 48. | 290 | 2/20/2020 | Email | Stephen Dratch | Daniel Lebersfeld; Tracey Archbold | AC | Legal advice relating to insured privilege log. |
| 49. | 126 | 3/2/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC | Legal advice relating to insured demand for coverage determination. |
| 50. | 210 | 3/2/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC/CI | Forwarding communication from market counsel relating to tolling agreement for purpose of providing legal advice. |

| 51. | 121 | 3/6/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC/CI | | Forwarding communication from market counsel relating to tolling agreement for purpose of providing legal advice. |
|---|---|---|---|---|---|---|---|---|
| 52. | 450 | 3/10/2020 | Email | Tracey Archbold | Stephen Dratch | AC | | Providing information for purposes of legal advice relating to investigation of insured's claim. |
| 53. | 388 | 3/10/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC/CI | | Forwarding communication from counsel for market regarding coverage determination. |
| 54. | 239 | 3/11/2020 | Email | Stephen Dratch | Tracey Arcbhold | AC/WP | | Email attaching memorandum (autogenerated control number 247/reference number 55). |

| 55. | 247 | 3/10/2020 | Memorandum | Stephen Dratch | Tracey Archbold; File | AC/WP | Outside counsel mental impressions communicated to client regarding March 10 conference call with insured. |
| 56. | 469 | 3/16/2020 | Email | Stephen Dratch | Tracey Archbold | AC | Legal advice relating to potential coverage determination. |
| 57. | 372 | 3/23/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC/CI | Forwarding communication from counsel for market regarding potential coverage determination for purposes of providing legal advice. |
| 58. | 29 | 3/24/2020 | Email | Tracey Archbold | Stephen Dratch, Scott Schmookler; Ryan Weeks; Daniel Lebersfeld | AC/CI | Communication with counsel for market relating to potential extension of tolling agreement. |

| 59. | 499 | 3/26/2020 | Email | Tracey Archbold | Stephen Dratch; Daniel Lebersfeld | AC | | Communication with counsel regarding extension of tolling agreement for purposes of obtaining legal advice. |
| 60. | 422 | 3/27/2020 | Email | Stephen Dratch | Ryan Weeks; Scott Schmookler; Antonio Trotta | AC/CI | | Communication with counsel for market regarding extension of tolling agreement. |
| 61. | 145 | 3/28/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC/CI | | Forwarding communication from market relating to tolling agreement. |
| 62. | 15 | 4/6/2020 | Email | Tracey Archbold | Stephen Dratch; Sarah Riedl; Ryan Weeks; Scott Schmookler | AC/CI | | Communication with counsel for market regarding claim analysis. |

| 63. | 119 | 4/16/2020 | Email | Stephen Dratch | Daniel Lebersfeld; Tracey Archbold | AC/CI | Forwarding email with market regarding claim analysis with counsel's draft. |
|-----|-----|-----------|-------|----------------|-----------------------------------|-------|-----------------------------------|
| 64. | 241 | 4/24/2020 | Email | Daniel Lebersfeld | Tracey Archbold; Stephen Dratch | AC | Legal advice relating to excess insurance issues. |
| 65. | 194 | 4/24/2020 | Email | Timothy Markey | Tracey Archbold; Joe Szary | AC | Discussion of legal advice relating to legal advice received from outside counsel regarding claim analysis. |
| 66. | 216 | 4/27/2020 | Email | Timothy Markey | Tracey Archbold | AC | Discussion of legal advice received from outside counsel regarding claim analysis. |
| 67. | 443 | 4/28/2020 | Email | Stephen Dratch | Tracey Archbold; Daniel Lebersfeld | AC/WP | Counsel communicating mental impression regarding lawsuit. |

| 68. | 364 | 4/29/2020 | Email | Tracey Archbold | Dennis Burns | AC/WP | Discussion of legal advice and mental impressions received from outside counsel regarding lawsuit. |
| 69. | 56 | 4/29/2020 | Email | Dennis Burns | Olga Torres; Tracey Archbold | AC/WP | Discussion of legal advice and mental impressions received from outside counsel regarding lawsuit. |
| 70. | 448 | 4/30/2020 | Email | Olga Torres | Tracey Archbold | AC/WP | Discussion of legal advice and mental impressions received from outside counsel regarding lawsuit. |
| 71. | 160 | 4/30/2020 | Email | Tracey Archbold | Stephen Dratch; Daniel Lebersfeld | AC | Providing information regarding account history for purposes of obtaining legal advice relating to lawsuit. |

| 72. | 273 | 5/6/2020 | Email | Tracey Archbold | Stephen Dratch; Daniel Lebersfeld | AC | Providing information for legal advice relating to prior policies. |
|-----|-----|----------|-------|-----------------|----------------------------------|-----|------------------------------------------------------------------|
| 73. | 224 | 5/15/2020 | Email | Pam Kobin | Timothy Markey | AC | Discussion of legal advice relating to claim and lawsuit. |
| 74. | GAIC0001661 | 5/26/2017 | Internal Memorandum | Tracey Archbold | N/A | Relevance/Proprietary Information/AC | Information regarding reserve levels. |
| 75. | GAIC0001932 | 3/22/2018 | Email | Timothy Markey | Tracey Archbold | AC | Discussion of request for legal advice regarding representation by outside counsel. |
| 76. | GAIC0001937-38 | 3/22/2018 | Email | Timothy Markey | Tracey Archbold | AC | Discussion of request for legal advice regarding representation by outside counsel. |
| 77. | GAIC0001949 | 3/28/2018 | Email | Tracey Archbold | Timothy Markey | AC | Discussion of legal advice received from outside counsel regarding confidentiality agreement. |

| 78. | GAIC0003302 | 4/29/2020 | Email | Timothy Markey | Tracey Archbold | AC | Discussion of request for legal advice from outside counsel regarding complaint. |
|---|---|---|---|---|---|---|---|
| 79.[2] | GAIC0004356 | 5/5/2020 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice in connection with litigation. |
| | GAIC0004356 | 4/30/2020 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice received from outside counsel regarding complaint. |
| | GAIC0004356 | 4/24/2020 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice received from outside counsel regarding declination letter. |
| | GAIC0004356 | 4/23/2020 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice received from outside counsel regarding declination letter. |

[2] Document number 79 (GAIC 4356-57) is a compilation of Claim Notes as of May 5, 2020.  Specific entries that have been redacted are separately logged.

| | | | | | | |
|---|---|---|---|---|---|---|
| | GAIC0004356 | 3/20/2020 | Memorandum | T. Archbold | N/A | AC/CI | Discussion of communications from market outside counsel coverage analysis. |
| | GAIC0004356 | 3/11/2020 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice from outside counsel regarding coverage analysis and documents requested from insured. |
| | GAIC0004356 | 11/20/2019 | Memorandum | T. Archbold | N/A | Relevance/Proprietary Information/AC | Discussion of reserve levels. |
| | GAIC0004356-57 | 5/23/2019 | Memorandum | T. Archbold | N/A | Relevance/Proprietary Information/AC | Discussion of reserve levels. |
| | GAIC0004357 | 1/29/2019 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice from outside counsel relating to investigation of claim. |
| | GAIC0004357 | 11/20/2018 | Memorandum | T. Archbold | N/A | Relevance/Proprietary Information/AC | Discussion of reserve levels. |
| | GAIC0004357 | 6/14/2018 | Memorandum | T. Archbold | N/A | Relevance/Proprietary Information/AC | Discussion of reserve levels. |

| | GAIC0004357 | 3/22/2018 | Memorandum | T. Archbold | N/A | AC | Discussion of legal advice regarding representation by separate counsel. |
|---|---|---|---|---|---|---|---|
| | GAIC0004357 | 3/16/2018 | Memorandum | T. Archbold | N/A | AC/CI | Discussion of legal advice received from tower outside counsel regarding confidentiality agreement. |
| 80. | GAIC0004544 | 4/22/2020 | Email | Stephen Dratch | T. Archbold; Daniel Lebersfeld | AC/CI | Forwarding communication from counsel for tower regarding complaint. |
| 81. | GAIC0004550 | 4/25/2020 | Email | Stephen Dratch | Daniel Lebersfeld; T. Archbold | AC | Legal advice regarding litigation. |
| 82. | GAIC0004553 | 4/25/2020 | Email | Stephen Dratch | Daniel Lebersfeld; T. Archbold | AC | Legal advice regarding litigation. |
| 83. | GAIC0004556 | 4/25/2020 | Email | Stephen Dratch | Daniel Lebersfeld; T. Archbold | AC | Legal advice regarding litigation. |