UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 20-21707-CV-MARTINEZ

RAYMOND JAMES FINANCIAL, INC.,

  Plaintiff,

vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA; GREAT
AMERICAN INSURANCE COMPANY;
BEAZLEY INSURANCE COMPANY, INC.; AND
ST. PAUL MERCURY INSURANCE COMPANY

  Defendants.

_____

**DEFENDANT FEDERAL INSURANCE COMPANY'S**
**NOTICE OF FILING**

Defendant Federal Insurance Company ("Federal") hereby refiles its privilege log (previously filed at Doc 175-3, as Exhibit 3 to Federal's Response to Plaintiff's Motion to Compel) to add sequential document numbering for the list of documents claimed as privileged or otherwise withheld, as instructed by Magistrate Judge Becerra at the January 25, 2022, hearing.

**[SIGNATURE ON FOLLOWING PAGE]**

1

Dated:  February 2, 2022                    Respectfully submitted,

*s/ Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No. 0087601
**GORDON REES SCULLY MANSUKHANI**
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL  33131
Telephone:  813-523-4945
Facsimile:   813-377-3505
cwonder@grsm.com

and

Scott L. Schmookler, Esq.
Sarah Riedl Clark, Esq.
**GORDON REES SCULLY MANSUKHANI**
One North Franklin, Suite 800
Chicago, IL  60606
Telephone:  312-980-6779
sschmookler@grsm.com
srclark@grsm.com

*Counsel for Federal Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

By: *s/ Chantel C. Wonder*
Chantel C. Wonder, Esq.