# EXHIBIT 3

Raymond James (CGPROF 1211057)

## <u>REVISED INSURER'S PRIVILEGE AND REDACTION LOG</u>
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | NS/NP | = Not Substantive/Not Privileged |
| | | | | | AC | = Attorney Client Comm |
| | | | | | WP | = Work Product |
| | | | | | JD | = Common interest  Privilege |
| | | | | | CONF | = Confidential |
| | | | | | CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| 1 | FIC 005764-5 (attaching CTRL785.0001, 785.0001 and 785.0002) | PARENT | EMAIL | 04/22/2020 | Author<br>Scott Schmookler (GRSM)<br>Recipients<br>Ken West (Chubb); Antonio Trotta (Beazley) | Counsel's analysis of and recommendations regarding Travelers' coverage position, including legal analysis offered in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>*Explanation: Post-denial of coverage correspondence with clients regarding analysis of Travelers' denial of coverage.* | AC, JD<br>**(Cat. 1)** |
| 2 | CTRL00000786 (attaching CTRL786.0001, 786.0002) | PARENT | EMAIL | 09/25/2019 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Angela Lee (Beazley) | Communication from counsel re documentation necessary to provide legal advice, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>*Explanation: Attorney discussion with client regarding legal merits of Raymond James' assertion of attorney-client privilege.* | AC, JD<br>**(Cat. 2)** |
| 3 | CTRL00000796 (attaching CTRL 796.00001) | PARENT | EMAIL | 03/13/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Antonio Trotta (Beazley); Sarah Riedl Clark (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>*Explanation: Coverage opinion discussing counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority.* | AC, JD, WP<br>**(Cat. 1)** |
| 4 | CTRL00000804 (attaching CTRL804.0001) | PARENT | EMAIL | 04/06/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Antonio Trotta (Beazley); Sarah Riedl Clark (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>*Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority.* | AC, JD, WP<br>**(Cat. 1)** |
| 5 | CTRL00000810 | STAND ALONE | EMAIL | 09/30/2019 | <u>Author</u><br>Scott Schmookler (GRSM) | Communication from counsel re documentation necessary to provide legal advice, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. | AC, JD<br>**(Cat. 2)** |

Raymond James (CGPROF 1211057)

## <u>REVISED INSURER'S PRIVILEGE AND REDACTION LOG</u>
### *Attorney-Client Correspondence –*
### *Without NDA/Tolling Agreement Correspondence*

| NS/NP | = Not Substantive/Not Privileged |
|---|---|
| AC | = Attorney Client Comm |
| WP | = Work Product |
| JD | = Common interest  Privilege |
| CONF | = Confidential |
| CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| | | | | | <u>Recipients</u><br>Ken West (Chubb); Angela Lee (Beazley) | Explanation: Attorney discussion with client regarding correspondence to Raymond James regarding its assertion of attorney-client privilege. | |
| 6 | CTRL00000811 (attaching CTRL00811.0001). | PARENT | EMAIL | 04/20/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Antonio Trotta (Beazley); Sarah Riedl Clark (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority. | AC, JD, WP<br>**(Cat. 1)** |
| 7 | CTRL00000832 | STAND ALONE | EMAIL | 09/26/2019 | <u>Author</u><br>Ken West (Chubb)<br><u>Recipients</u><br>Scott Schmookler (GRSM); Angela Lee (Beazley) | Communication from counsel re documentation necessary to provide legal advice, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>Explanation: Attorney discussion with client regarding correspondence to Raymond James regarding its assertion of attorney-client privilege. | AC, JD<br>**(Cat. 2)** |
| 8 | CTRL00000837 | STAND ALONE | EMAIL | 09/30/2019 | <u>Author</u><br>Angela Lee (Beazley)<br><u>Recipients</u><br>Scott Schmookler (GRSM); Ken West (Chubb) | Communication from counsel re documentation necessary to provide legal advice, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>Explanation: Attorney discussion with client regarding correspondence to Raymond James regarding its assertion of attorney-client privilege. | AC, JD<br>**(Cat. 2)** |
| 9 | CTRL00000840 | STAND ALONE | EMAIL | 03/10/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Antonio Trotta (Beazley) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br>Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, JD<br>**(Cat. 5)** |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | NS/NP = Not Substantive/Not Privileged |
| | | | | | | AC = Attorney Client Comm |
| | | | | | | WP = Work Product |
| | | | | | | JD = Common interest  Privilege |
| | | | | | | CONF = Confidential |
| | | | | | | CP = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| 10 | CTRL00000868 | STAND ALONE | EMAIL | 02/04/2019 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb) | Discussion with counsel re communications with excess insurers and legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>*Explanation: Attorney-Client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage.* | AC, JD<br><br>**(Cat. 3)** |
| 11 | CTRL00000873<br>(attaching CTRL873.0001 and 873.0002) | PARENT | EMAIL | 03/18/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Sarah Riedl Clark (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>*Explanation: Attorney discussion with client regarding legal merits of Raymond James' assertion of attorney-client privilege.* | AC, WP, JD<br><br>**(Cat. 2)** |
| 12 | CTRL00000875<br>(attaching CTRL875.0001 and 875.0002) | PARENT | EMAIL | 09/22/2019 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Angela Lee (Beazley); Sarah Riedl Clark (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>*Explanation: Attorney discussion with client regarding legal merits of Raymond James' assertion of attorney-client privilege.* | AC, JD<br><br>**(Cat. 2)** |
| 13 | CTRL00000876 | STAND ALONE | EMAIL | 03/13/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Antonio Trotta (Beazley) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>*Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority.* | AC, WP JD<br><br>**(Cat. 1)** |
| 14 | CTRL00000882 | STAND ALONE | EMAIL | 01/03/2019 | <u>Author</u><br>Ken West (Chubb)<br><u>Recipients</u> | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. | AC, JD<br><br>**(Cat. 5)** |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
### *Attorney-Client Correspondence –*
### *Without NDA/Tolling Agreement Correspondence*

| | | | | | NS/NP | = Not Substantive/Not Privileged |
|---|---|---|---|---|---|---|
| | | | | | AC | = Attorney Client Comm |
| | | | | | WP | = Work Product |
| | | | | | JD | = Common interest Privilege |
| | | | | | CONF | = Confidential |
| | | | | | CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| | | | | | Scott Schmookler (GRSM) | Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | |
| 15 | CTRL00000887 | STAND ALONE | Email | 12/12/2018 | Author Ken West (Chubb) Recipients Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, JD (Cat. 5) |
| 16 | CTRL00000894 | STAND ALONE | Email | 06/29/2018 | Author Ken West (Chubb) Recipients Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage. | AC, JD (Cat. 3) |
| 17 | FIC 005830-4 | STAND ALONE | Email | 05/22/2018 | Author Ken West (Chubb) Recipients Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, JD (Cat. 5) |
| 18 | CTRL00000820 (attaching CTRL820.0001) | PARENT | EMAIL | 11/29/2019 | Author Scott Schmookler (GRSM) Recipients Ken West (Chubb) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage. | AC (Cat. 4) |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | NS/NP = Not Substantive/Not Privileged |
| | | | | | | AC = Attorney Client Comm |
| | | | | | | WP = Work Product |
| | | | | | | JD = Common interest Privilege |
| | | | | | | CONF = Confidential |
| | | | | | | CP = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| 19 | CTRL00000823 (attaching CTRL823.0001 and CTRL824.0002) | PARENT | EMAIL | 11/19/2019 | <u>Author</u> Ken West (Chubb) <u>Recipients</u> Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage. | AC (Cat. 4) |
| 20 | CTRL00000825 (attaching CTRL825.0001) | PARENT | EMAIL | 11/08/2018 | <u>Author</u> Cynthia Pena (Chubb) <u>Recipients</u> Ken West (Chubb); Christopher Arehart (Chubb); Scott Schmookler (GRSM) | Communication from counsel re documentation necessary to provide legal advice, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage. | AC (Cat. 4) |
| 21 | CTRL00000826 | STAND ALONE | EMAIL | 11/07/2018 | <u>Author</u> Cynthia Pena (Chubb) <u>Recipients</u> Ken West (Chubb); Christopher Arehart (Chubb); Scott Schmookler (GRSM) | Communication from counsel re documentation necessary to provide legal advice, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage. | AC (Cat. 4) |
| 22 | CTRL00000829 | STAND ALONE | EMAIL | 04/20/2020 | <u>Author</u> Hilary Hoffman (Chubb) <u>Recipients</u> Ken West (Chubb); Scott Schmookler (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority. | AC, WP (Cat. 1) |
| 23 | CTRL00000836 | STAND ALONE | EMAIL | 04/20/2020 | <u>Author</u> Scott Schmookler (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. | AC, WP (Cat. 1) |

Raymond James (CGPROF 1211057)

## <u>REVISED INSURER'S PRIVILEGE AND REDACTION LOG</u>
### *Attorney-Client Correspondence –*
### *Without NDA/Tolling Agreement Correspondence*

| | | | | | NS/NP | = Not Substantive/Not Privileged |
|---|---|---|---|---|---|---|
| | | | | | AC | = Attorney Client Comm |
| | | | | | WP | = Work Product |
| | | | | | JD | = Common interest  Privilege |
| | | | | | CONF | = Confidential |
| | | | | | CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| | | | | | <u>Recipients</u><br>Ken West (Chubb); Hilary Hoffman (Chubb) | Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority. | |
| 24 | CTRL00000839 | STAND ALONE | EMAIL | 04/20/2020 | <u>Author</u><br>Hilary Hoffman (Chubb)<br><u>Recipients</u><br>Ken West (Chubb); Scott Schmookler (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority. | AC, WP<br>**(Cat. 1)** |
| 25 | CTRL00000841 | STAND ALONE | EMAIL | 04/20/2020 | <u>Author</u><br>Ken West (Chubb)<br><u>Recipients</u><br>Hilary Hoffman (Chubb); Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority. | AC, WP<br>**(Cat. 1)** |
| 26 | CTRL00000842 | STAND ALONE | EMAIL | 06/11/2019 | <u>Author</u><br>Ken West (Chubb)<br><u>Recipients</u><br>Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation:  Communication from client to attorney identifying legal issue for consideration and legal analysis. | AC<br>**(Cat. 2)** |
| 27 | CTRL00000843 | STAND ALONE | EMAIL | 04/17/2020 | <u>Author</u><br>Hilary Hoffman (Chubb)<br><u>Recipients</u><br>Ken West (Chubb); Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation: Attorney-client communication relating to and based upon counsel's analysis of legal issues implicated by Raymond James' claim, including analysis of case authority. | AC, WP<br>**(Cat. 1)** |
| 28 | CTRL00000844 | STAND ALONE | EMAIL | 03/16/2018 | <u>Author</u> | Discuss engagement of counsel in confidence for the purpose of providing legal assistance. | AC |

Raymond James (CGPROF 1211057)

## <u>REVISED INSURER'S PRIVILEGE AND REDACTION LOG</u>
### *Attorney-Client Correspondence –*
### *Without NDA/Tolling Agreement Correspondence*

| | | | |
|---|---|
| NS/NP | = Not Substantive/Not Privileged |
| AC | = Attorney Client Comm |
| WP | = Work Product |
| JD | = Common interest Privilege |
| CONF | = Confidential |
| CP | = Confidential/Proprietary |

| | Control/Bates No. | Stand-Alone, Parent or Attachment | Type | Date | Parties | General Subject Matter | Designations |
|---|---|---|---|---|---|---|---|
| | | | | | Scott Schmookler (GRSM) <u>Recipients</u> Ken West (Chubb) | Explanation: Attorney-client discussion of conflict check and drafting of confidentiality agreement. | (Cat. 4) |
| 29 | CTRL00000845 (attaching CTRL0845.0001). | PARENT | EMAIL | 03/01/2019 | <u>Author</u> Scott Schmookler (GRSM) <u>Recipients</u> Ken West (Chubb) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. Explanation: Attorney-client discussion of recent case authority. | AC (Cat. 2) |
| 30 | FIC 005955-8 | STAND ALONE | Email | 05/22/2018 | <u>Author</u> Scott Schmookler (GRSM) <u>Recipients</u> Ken West (Chubb) | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, JD (Cat. 2) |
| 31 | CTRL00000941 | STAND ALONE | Email | 12/12/2018 | <u>Author</u> Scott Schmookler (GRSM) <u>Recipients</u> Ken West (Chubb) | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, JD (Cat. 5) |
| 32 | CTRL00000965 | STAND ALONE | Email | 03/23/2018 | <u>Author</u> Ken West (Chubb) <u>Recipients</u> Scott Schmookler (GRSM) | Discuss engagement of counsel in confidence for the purpose of providing legal assistance. Explanation: Attorney-client discussion of joint representation with excess carrier. | AC, JD (Cat. 4) |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | NS/NP | = Not Substantive/Not Privileged |
|---|---|---|---|
| | | AC | = Attorney Client Comm |
| | | WP | = Work Product |
| | | JD | = Common interest Privilege |
| | | CONF | = Confidential |
| | | CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| 33 | FIC 005955-8 | STAND ALONE | Email | 05/22/2018 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb) | Communication seeking legal advice re Raymond James' theory of coverage and communications with excess insurers, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, JD<br>**(Cat. 5)** |
| 34 | CTRL00000905 | STAND ALONE | Email | 03/26/2018 | <u>Author</u><br>Tracey Archbold (GAIC)<br><u>Recipients</u><br>Scott Schmookler (GRSM); Ken West (Chubb) | Discuss engagement of counsel in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client discussion of joint representation with excess carrier. | AC, JD<br>**(Cat. 4)** |
| 35 | CTRL00000864 | STAND ALONE | EMAIL | 04/20/2020 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC, WP<br>**(Cat. 5)** |
| 36 | FIC 005824-6 | STAND ALONE | EMAIL | 10/31/2018 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-Client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage. | AC<br>**(Cat. 3)** |
| 37 | CTRL00000872 | STAND ALONE | EMAIL | 09/10/2018 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u> | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client communication regarding pleadings in SEC action and legal implications of SEC pleadings. | AC<br>**(Cat. 2)** |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
### *Attorney-Client Correspondence –*
### *Without NDA/Tolling Agreement Correspondence*

| NS/NP | = Not Substantive/Not Privileged |
|---|---|
| AC | = Attorney Client Comm |
| WP | = Work Product |
| JD | = Common interest  Privilege |
| CONF | = Confidential |
| CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| | | | | | Ken West (Chubb); Sarah Riedl Clark (GRSM) | | |
| 38 | CTRL00000874 | STAND ALONE | EMAIL | 03/23/2018 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb) | Discuss engagement of counsel in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client discussion of joint representation with excess carrier. | AC<br>**(Cat. 4)** |
| 39 | CTRL00000877<br>(attaching CTRL877.0001) | PARENT | EMAIL | 01/28/2019 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); Sarah Riedl Clark (GRSM) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage. | AC<br>**(Cat. 3)** |
| 40 | CTRL00000878 | STAND ALONE | EMAIL | 04/18/2018 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage. | AC<br>**(Cat. 4)** |
| 41 | CTRL00000879 | STAND ALONE | EMAIL | 03/01/2019 | <u>Author</u><br>Scott Schmookler (GRSM)<br><u>Recipients</u><br>Ken West (Chubb); | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client discussion of recent case authority. | AC<br>**(Cat. 2)** |
| 42 | FIC 005827<br>(attaching CTRL000881.001, 881.002 and 881.0003) | PARENT | Email | 04/18/2018 | <u>Author</u><br>Ken West (Chubb)<br><u>Recipients</u><br>Scott Schmookler (GRSM) | Discuss documentation for Raymond James claim necessary to render legal advice<br><br>Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage. | AC<br>**(Cat. 4)** |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | NS/NP | = Not Substantive/Not Privileged |
| | | | | | AC | = Attorney Client Comm |
| | | | | | WP | = Work Product |
| | | | | | JD | = Common interest Privilege |
| | | | | | CONF | = Confidential |
| | | | | | CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| 43 | CTRL00000884 (CTRL00884.0001) | PARENT | Email | 06/12/2019 | <u>Author</u> Ken West (Chubb) <u>Recipients</u> Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. <span style="color:red">Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage.</span> | AC <span style="color:red">(Cat. 4)</span> |
| 44 | CTRL00000885 (CTRL00885.0002 and 886.0002) | PARENT | Email | 06/12/2019 | <u>Author</u> Ken West (Chubb) <u>Recipients</u> Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. <span style="color:red">Explanation: Client communication conveying information to attorney, in order to obtain legal advice on Raymond James' theory of coverage.</span> | AC <span style="color:red">(Cat. 4)</span> |
| 45 | CTRL00000888 | STAND ALONE | Email | 06/28/2018 | <u>Author</u> Ken West (Chubb) <u>Recipients</u> Scott Schmookler (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance. <span style="color:red">Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage.</span> | AC <span style="color:red">(Cat. 3)</span> |
| 46 | CTRL00000889 | STAND ALONE | Email | 01/29/2019 | <u>Author</u> Ken West (Chubb) <u>Recipients</u> Scott Schmookler (GRSM); Sarah Riedl Clark (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal advice. <span style="color:red">Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage.</span> | AC <span style="color:red">(Cat. 3)</span> |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | | |
|---|---|
| NS/NP | = Not Substantive/Not Privileged |
| AC | = Attorney Client Comm |
| WP | = Work Product |
| JD | = Common interest Privilege |
| CONF | = Confidential |
| CP | = Confidential/Proprietary |

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| 47 | CTRL00000890 | STAND ALONE | Email | 12/18/2018 | <u>Author</u><br>Ken West (Chubb)<br><br><u>Recipients</u><br>Scott Schmookler (GRSM); Sarah Riedl Clark (GRSM) | Communication seeking legal advice re Raymond James' thery of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage. | AC<br><br>(Cat. 3) |
| 48 | CTRL00000892 | STAND ALONE | Email | 01/29/2019 | <u>Author</u><br>Ken West (Chubb)<br><br><u>Recipients</u><br>Scott Schmookler (GRSM); Sarah Riedl Clark (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage. | AC<br><br>(Cat. 3) |
| 49 | CTRL00000893 | STAND ALONE | Email | 06/22/2018 | <u>Author</u><br>Ken West (Chubb)<br><br><u>Recipients</u><br>Scott Schmookler (GRSM); Sarah Riedl Clark (GRSM); Jonas Harger (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation: Attorney-client communication relating to facts necessary to provide legal advice on Raymond James' theory of coverage. | AC<br><br>(Cat. 3) |
| 50 | CTRL00000936 | STAND ALONE | Email | 11/19/2020 | <u>Author</u><br>Ken West (Chubb)<br><br><u>Recipients</u><br>Sarah Riedl Clark (GRSM) | Communication seeking legal advice re Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of seeking legal assistance.<br><br>Explanation: Attorney-client communication regarding meeting to discuss legal analysis of legal issues implicated by Raymond James' theory of coverage and on which client requested legal advice. | AC<br><br>(Cat. 5) |
| 51 | FIC 007827 | STAND ALONE | Email | 04/17/2020 | <u>Author</u><br>Ken West (Chubb) | Communication seeking legal advice re Raymond James' theory of coverage, advice provided in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance. | AC, WP<br><br>(Cat. 1) |

Raymond James (CGPROF 1211057)

## REVISED INSURER'S PRIVILEGE AND REDACTION LOG
*Attorney-Client Correspondence –*
*Without NDA/Tolling Agreement Correspondence*

| | | | | | | NS/NP | = Not Substantive/Not Privileged |
|---|---|---|---|---|---|---|---|

NS/NP  = Not Substantive/Not Privileged
AC      = Attorney Client Comm
WP      = Work Product
JD      = Common interest  Privilege
CONF  = Confidential
CP      = Confidential/Proprietary

| | CONTROL/BATES NO. | STAND-ALONE, PARENT OR ATTACHMENT | TYPE | DATE | PARTIES | GENERAL SUBJECT MATTER | DESIGNATIONS |
|---|---|---|---|---|---|---|---|
| | | | | | Recipients<br>Norm Rafsol (Chubb) | Explanation: Internal correspondence regarding legal advice provided by attorney. | |
| 52 | FIC 007828 | STAND ALONE | Email | 10/17/2019 | Author<br>Hilary Hoffman (Chubb)<br>Recipients<br>Ken West (Chubb) | Communication seeking legal advice re Raymond James' theory of coverage, advice provided in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Internal correspondence regarding legal advice provided by attorney. | AC, WP<br>(Cat. 1) |
| 53 | FIC 007829 | STAND ALONE | Email | 03/03/2020 | Author<br>Ken West (Chubb)<br>Recipients<br>Sanford Victor (Marsh) | Discussion with counsel re legal analysis of Raymond James' theory of coverage, in counsel's professional capacity as attorney and in confidence for the purpose of providing legal advice.<br><br>Explanation: Discussion with broker regarding other claims by other insureds. | AC, WP |
| 54 | FIC 007841 | STAND ALONE | Email | 04/17/2020 | Author<br>Norm Rafsol (Chubb)<br>Recipients<br>Ken West (Chubb) | Communication seeking legal advice re Raymond James' theory of coverage, advice provided in counsel's professional capacity as attorney and in confidence for the purpose of providing legal assistance.<br><br>Explanation: Internal correspondence regarding legal advice provided by attorney. | AC, WP<br>(Cat. 1) |