UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 1:20-cv-21707 MARTINEZ/BECERRA

RAYMOND JAMES FINANCIAL, INC.,

    Plaintiff,
vs.

FEDERAL INSURANCE COMPANY;
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA;
GREAT AMERICAN INSURANCE
COMPANY; BEAZLEY INSURANCE
COMPANY, INC.; and ST. PAUL
MERCURY INSURANCE COMPANY,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, Raymond James Financial, Inc., and Defendants, Federal Insurance Company, Travelers Casualty and Surety Company of America, Great American Insurance Company, Beazley Insurance Company, Inc. and St. Paul Mercury Insurance Company (the "Parties"), by and through their undersigned counsel and pursuant to Rule 16.4 of the Local Rules for the United States District Court for the Southern District of Florida, notify the Court as follows:

    1.    The Parties respectfully advise the Court that a settlement has been reached in this matter.

    2.    The Parties respectfully request the Court to: (i) grant the Parties thirty (30) days to execute a settlement agreement and file a joint stipulation of dismissal with prejudice of this matter; (ii) relieve the Parties of the pretrial deadlines set forth in pretrial Order entered by the Honorable Magistrate Judge Jacqueline Becerra [D.E. 254]; (iii) cancel the pretrial conference scheduled for November 7, 2022 at 10:00 a.m.; and (iii) cancel the jury trial specially set to commence on December 5, 2022 at 9:00 a.m.

| | |
|---|---|
| Dated:  October 5, 2022 | Respectfully submitted, |

| | |
|---|---|
| **CIMO MAZER MARK PLLC** | **GORDON REES SCULLY MANSUKHANI LLP** |
| */s/ Jason S. Mazer* | */s/ Scott L. Schmookler* |
| Jason S. Mazer (Fla.Bar No. 0149871) | Kristina L. Marsh (Florida Bar No. 0311080) |
| Joshua R. Alhalel (Fla. No. 0016320) | 601 S. Harbor Island Blvd., Suite 109 |
| 100 Southeast Second Street, Suite 3650 | Tampa, FL 33602 |
| Miami, Florida 33131 | (813) 444-9700 |
| (305) 374-6481 | kmarsh@grsm.com |
| jmazer@cmmlawgroup.com | -and- |
| jalhalel@cmmlawgroup.com | Scott L. Schmookler (*Admitted Pro Hac Vice*) |
| | Sarah Riedl Clark (*Admitted Pro Hac Vice*) |
| *Counsel for Plaintiff* | One North Franklin, Suite 800 |
| | Chicago, IL 60606 |
| | (312) 980-6779 |
| | sschmookler@grsm.com |
| | srclark@grsm.com |
| | -and- |
| | **HOLWELL SHUSTER & GOLDBERG LLP** |
| | */s/ Michael S. Shuster* |
| | Michael S. Shuster (*Admitted Pro Hac Vice*) |
| | Benjamin F. Heidlage (*Admitted Hac Vice*) |
| | Scott M. Danner (*Admitted Pro Hac Vice*) |
| | 425 Lexington Ave. |
| | New York, NY 10017 |
| | mshuster@hsgllp.com |
| | bheidlage@hsgllp.com |
| | sdanner@hsgllp.com |
| | *Counsel for Federal Insurance Company* |
| | **MILLS LAW GROUP PA** |
| | */s/ E.A. Seth Mlls, Jr.* |
| | E.A. "Seth" Mills, Jr. (Florida Bar No. 339652) |
| | 100 S. Ashley Drive, Suite 600 |
| | Tampa, FL 33602 |
| | (813) 923-1502 |
| | smills@mills-legal.com |
| | -and- |

**THE DRATCH LAW FIRM, PC**

/s/  Stephen N. Dratch
Stephen N. Dratch (*Admitted Pro Hac Vice*)
354 Eisenhower Parkway, Plaza I
Livingston, NJ 07039
(201) 924-4278
sdratch@njcounsel.com

*Counsel for Great American Insurance Company*


KAPLAN ZEENA LLP

James M. Kaplan (Florida Bar No. 921040)
2 South Biscayne Blvd., Suite 3050
Miami, Florida 33131
(305) 530-0800
james.kaplan@kaplanzeena.com

-and-

CLARK HILL PLC

/s/ Michael Keeley
Michael Keeley (*Admitted Pro Hac Vice*)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4718
mkeeley@clarkhill.com

*Counsel for Beazley Insurance Company, Inc.*